ORLANDO RILEY

VS

MASSACHUSETTS STATE POLICE AND TROOPER LIMA

CIVIL ACTION

NO._____

1. The Plaintiff Orlando Riley is a resident of Dartmouth, Bristol County, Massachusetts a citizen of the United States

2. The Defendant The Massachusetts State Police and Robert Lima headquarters in Framingham, Middlesex County, a citizen of the United States.

3. The Defendant The Massachusetts State Police and Robert Lima headquarters in Framingham, Middlesex County, a citizen of the United States.

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332.

5. This centers on the decision by the Massachusetts State Police (MSP) to reject me as an African-American applicant who attained a perfect score on the MSP written examination and passed all preliminary tests, but was derailed by the final obstacle: my interview by a single state trooper. I Orlando Riley claim that the interview process was characterized by lengthy, aggressively adversarial, racially-tinged questioning; misreporting of my responses to questions; and a rush to mischaracterize accurate responses as untruthful, all in sharp contrast to the treatment of non-African-American candidates who successfully navigated this highly subjective final assessment. There is overwhelming evidence of discriminatory treatment used by Trooper Robert Lima and the Massachusetts State Police that led to the organization not hiring me based on my race.

6. Plaintiff demands judgment against the defendants for damages and such other relief as the Court deems fit.

7. Plaintiff demands a trial by jury.

*Orlando Riley*

Orlando Riley

60 Slocum Farm Drive

Dartmouth MA 02747  (508) 989-5329