**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ORLANDO RILEY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS STATE POLICE<br><br>Defendant. | C.A. 1:15-cv-14137-DJC |

**DEFENDANT MASSACHUSETTS STATE POLICE'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Massachusetts State Police ("MSP") hereby moves, pursuant to Fed. R Civ. P. 56 and L.R. 56.1, for summary judgment on Plaintiff Orlando Riley's ("Riley") Amended Complaint. Plaintiff's Amended Complaint states one count for alleged race discrimination under Title VII. Summary judgment should enter for MSP because: (1) Riley cannot establish a prima facie case of discrimination; (2) Riley cannot establish pretext or that the true reason for MSP's actions was discrimination; and (3) Riley cannot establish that MSP's decision-makers reasonably should have known of the existence racial bias, if any existed at all.

In support of this Motion, MSP relies upon its contemporaneously-filed Memorandum of Law and Local Rule 56.1 Statement of Material Facts, and the Affidavit of Jesse M. Boodoo, Esq. attaching all exhibits.

WHEREFORE, MSP respectfully requests that the Court allow its Motion for Summary Judgment and enter judgment in favor of MSP.

Respectfully submitted,

MASSACHUSETTS STATE POLICE

By its attorneys,

MAURA HEALEY
ATTORNEY GENERAL,

/s/ Jesse M. Boodoo
Jesse M. Boodoo, BBO No. 678471
Nicholas Rose, BBO NO. 670421
Assistant Attorneys General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200
jesse.boodoo@state.ma.us
nicholas.rose@state.ma.us

Dated:  November 2, 2017

## CERTIFICATE OF SERVICE

I, Jesse M. Boodoo, Assistant Attorney General, hereby certify that I have this day, November 2, 2017, served the foregoing document upon the attorney of record for all parties by filing it through the ECF system.

/s/ Jesse M. Boodoo
Jesse M. Boodoo