UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO RILEY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS STATE POLICE<br><br>Defendant. | C.A. 1:15-cv-14137-DJC |

**DEFENDANT'S PROPOSED VOIRE DIRE QUESTIONS**

Defendant Massachusetts State Police ("MSP") hereby respectfully requests that the Court incorporate the following questions into the voir dire of all prospective jurors in this case:

1. Have you, any member of your immediate family, or a close friend ever been involved in a lawsuit involving the Commonwealth of Massachusetts or any of its agencies, departments, or offices, including the Massachusetts State Police?

2. Do you have any prejudice or bias in favor of or against the Commonwealth of Massachusetts or any of its agencies, departments, or offices, including the Massachusetts State Police?

3. Have you, any member of your immediate family, or a close friend ever worked for the Commonwealth of Massachusetts, or any of its agencies, departments, or offices, including the Massachusetts State Police?

4. Have you, any member of your immediate family, or a close friend had any experience with the Commonwealth of Massachusetts, or any of its agencies, departments, or offices, including the Massachusetts State Police, that would make it difficult for you to render a fair and impartial decision in this case?

1

5. Do you have any strongly held opinions about law enforcement that would impact your ability to be impartial?

6. Would you treat the defendant any differently than the plaintiff because the defendant is a state agency?

7. Have you ever felt as though you were discriminated or retaliated against by an employer?

8. Have you ever felt as though you were being treated differently by an employer on account of your race?

9. Have you, any member of your immediate family, or a close friend ever filed a charge of discrimination with the Massachusetts Commission Against Discrimination or the Equal Employment Opportunity Commission?

10. Have you, or has anyone in your family, ever filed a claim or a suit against an employer?

Respectfully submitted,

MASSACHUSETTS STATE POLICE

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL,

/s/ Nicholas W. Rose
Dennis N. D'Angelo, BBO No. 666864
Nicholas W. Rose, BBO NO. 670421
Assistant Attorneys General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200
dennis.dangelo@state.ma.us
nicholas.rose@state.ma.us


Date:  November 9, 2018


**CERTIFICATE OF SERVICE**

I, Nicholas W. Rose, Assistant Attorney General, hereby certify that I have this day, November 9, 2018, served the foregoing upon the attorneys of record for all parties by filing it through the ECF system.

/s/ Nicholas W. Rose
Nicholas W. Rose