UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORLANDO RILEY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS STATE POLICE<br><br>Defendant. | C.A. 1:15-cv-14137-DJC |

## DEFENDANT'S PROPOSED WITNESS LIST

Defendant Massachusetts State Police ("MSP") hereby identifies the following individuals to be called at trial in the above-captioned matter. In addition to the following individuals, MSP reserves the right to call any witnesses identified by Plaintiff or called to testify by Plaintiff at trial[1]:

| Name | Address/Organization |
|---|---|
| Kevin Butler | Massachusetts State Police |
| John Flynn | Massachusetts State Police |
| William Christiansen | Massachusetts State Police |
| Robert Lima | Massachusetts State Police |
| Orlando Riley | New Bedford Police Department |

---

[1] MSP does not intend to call A.G., A.P., J.H., J.W., or J.F. (the "comparators") in its case in chief. However, to the extent Plaintiff seeks to call one or more of the comparators, MSP reserves the right to amend this list to include one or more other comparators.

Respectfully submitted,

MASSACHUSETTS STATE POLICE

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL,

/s/ Nicholas W. Rose
Dennis N. D'Angelo, BBO No. 666864
Nicholas W. Rose, BBO NO. 670421
Assistant Attorneys General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200
dennis.dangelo@state.ma.us
nicholas.rose@state.ma.us

Date:  November 9, 2018

### CERTIFICATE OF SERVICE

I, Nicholas W. Rose, Assistant Attorney General, hereby certify that I have this day, November 9, 2018, served the foregoing upon the attorneys of record for all parties by filing it through the ECF system.

/s/ Nicholas W. Rose
Nicholas W. Rose