UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ORLANDO O. RILEY,<br>        Plaintiff | )<br>)<br>) |  |
| v. | )<br>) |  |
| MASSACHUSETTS DEPARTMENT<br>  OF STATE POLICE,<br>        Defendant | )<br>)<br>)<br>) | Civil Action No.: 1:15-CV-14137-DJC |

## PROPOSED VOIR DIRE QUESTIONS FOR THE JURY VENIRE

1. Has anyone previously been involved in a court case as a party, witness or juror, or had any other involvement in the legal system? How did your involvement in that case affect you? Was there anything about your experience in that case that would make it difficult for you to serve on this jury?

2. Do you believe jury service is a waste of your time? Would your views affect your ability to listen carefully and thoughtfully to the evidence?

3. This case involves police officers on both sides of the case. Have you or anyone close to you had any experience with police officers that could affect your views about this case? Please explain. Specifically, this case involves members of the Massachusetts State Police and the New Bedford Police Department. Have you or anyone close to you had any experience with either department that could affect your views about this case? Please explain.

4. This case involves a claim that an employer rejected a job applicant because of his race. Have you had experience hiring or considering or investigating job applicants? Please explain. Could that experience affect your views about this case?

5. Have you or anyone close to you ever been in a management, supervisor or investigator position? Please explain. Could that experience affect your views about this case? Is there any chance you would be more likely to believe witnesses who are investigators, managers or supervisors?

6. One of the primary witnesses in this case serves as a ranking officer in the National Guard. Have you or anyone close to your served in the military? Is there any chance you would be more likely to believe a witness who is a ranking military officer?

7. As an investigator, manager or supervisor, have any of your decisions ever been subject to a complaint or lawsuit? Please explain. Could that experience affect your views about this case?

8. Have you or anyone close to you ever worked in Human Resources or Personnel? Could that experience affect your views about this case?

9. This case involves a government application form and whether a job applicant should have been disqualified because of how he completed that form. Do you or anyone close to you have experience with completing government forms or application forms that could affect your views about this case?

10. Have you or anyone close to you ever been accused of racism or discrimination, or been put in a difficult situation where race was an issue? Could that affect your views about this case?

11. Some people think that there are too many lawsuits over discrimination being filed these days. Do you agree? Please explain.

12. If the job applicant bringing this case proves he was discriminated against, and also proves he experienced emotional injuries as a result, the jury would be asked to award him money for his emotional injuries. Some people think an employer should not be required to pay for an applicant's emotional injuries. Would you have any difficulty in awarding money damages for emotional injuries?

        Respectfully submitted,

        PLAINTIFF
        Orlando Riley

        By his attorneys,

        /s/ Ellen J. Messing
        Ellen J. Messing
        BBO No. 343960
        emessing@mrwemploymentlaw.com
        James S. Weliky
        BBO No. 631066
        jweliky@mrwemploymentlaw.com
        Messing, Rudavsky & Weliky, P.C.
        50 Congress St., 1000
        Boston, MA 02109
Dated: November 8, 2018        (617) 742-0004

**CERTIFICATE OF SERVICE**

      I, Ellen J. Messing, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on November 8, 2018.

                                                           /s/ Ellen J. Messing

Dated: November 8, 2018