## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| ORLANDO O. RILEY, ) | |
|       **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MASSACHUSETTS DEPARTMENT** ) | Civil Action No.: 1:15-CV-14137-DJC |
|  **OF STATE POLICE,** ) | |
|       **Defendant** ) | |
| _____ ) | |

## PARTIES' AMENDED LIST OF STIPULATED AND CONTESTED EXHIBITS

The parties propose to offer the following stipulated and contested exhibits at trial.  The parties reserve their right to use other documents or items for purposes of impeachment or refreshing recollection.

## STIPULATED EXHIBITS

| EXH. | DESCRIPTION | BATES NOS. |
|------|-------------|------------|
| 1. | Stipulation of Facts | |
| 2. | August 25, 2006 City of New Bedford Certificate of Commendation | MCAD 80 |
| 3. | March 13, 2007 August Santos (New Bedford P.D.) email to Riley | NBPD 150 |
| 4. | March 20, 2007 August Santos email to Riley | NBPD 151 |
| 5. | March 27, 2007 August Santos Memorandum to Riley | NBPD 159 |
| 6. | December 29, 2009 Steven Blackburn memo to Riley re: Soares Investigation | P 787 |
| 7. | January 5, 2010 Notice of Interview to Riley | NBPD 217 |
| 8. | January 26, 2010 NBPD PSU Form 3 Signed by Riley. | MSP 343 |

| EXH. | DESCRIPTION | BATES NOS. |
|---|---|---|
| 9. | April 18, 2011 Candidate J.H.'s Application with Handwritten Changes | MSP 3942-MSP 3965 |
| 10. | INTENTIONALLY LEFT BLANK | |
| 11. | May 10, 2010 Notice to Riley in Case # 1309 (the "Stallings Investigation") | NBPD 167 |
| 12. | June 18, 2010 Memorandum on Soares Investigation | MSP 229 |
| 13. | April 4, 2011 MSP Conditional Offer of Employment to Plaintiff | MSP 147 |
| 14. | April 14, 2011 Candidate A.G. Application | MSP 4610-MSP 4633 |
| 15. | May 2, 2011 Riley's Notarized Agreement | MSP 128 |
| 16. | May 2, 2011 Riley's original MSP application | MSP 77-MSP 98 |
| 17. | May 2, 2011 Candidate J.W. Application | MSP 4417-MSP 4439 |
| 18. | June 1, 2011 NBPD Email to Riley Regarding Soares Investigation | NBPD 264 |
| 19. | June 6, 2011 Candidate AP application | MSP 3334-MSP 3357 |
| 20. | July 8, 2011 email from Lima to Riley w/attachments | P 1798-P 1805 |
| 21. | July 8, 2011 Email from Lima to A.G. | MSP 1800 |
| 22. | July 10, 2011 Candidate J.H. Background Investigative Report – Credit Reports | MSP 3870-MSP 3907 |
| 23. | July 13, 2011 Riley New Bedford High School Graduation Verification | MSP 780 |
| 24. | July 13, 2011 Riley New Bedford High School Records Release Form | MSP 173 |
| 25. | July 20, 2011 Email from Riley to Lima | P 1847 |

| EXH. | DESCRIPTION | BATES NOS. |
|---|---|---|
| **26.** | August 17, 2011 Email from Riley to Lima | P 1848 |
| **27.** | August 20, 2011 Emails between Lima and Smith | MSP 2038-MSP 2039 |
| **28.** | August 20, 2011 Email from Lima to J.W. | MSP 1799 |
| **29.** | August 22, 2011 Email from Riley to Lima | P 1811 |
| **30.** | September 1, 2011 Riley's Completed Questionnaire | MSP 689-MSP 693 |
| **31.** | Riley's Application Dated May 2, 2011 with Handwritten Changes and Corrections entered on Sept. 1, 2011 | MSP 101-MSP 120 |
| **32.** | September 2, 2011 Lima's Background Investigation Report for Candidate J.H. | MSP 3652-MSP 3660 |
| **33.** | September 5, 2011 Lima's Background Investigation Report for Candidate J.W. | MSP 4223-MSP 4232 |
| **34.** | September 6, 2011 Lima Background Investigation Report for Candidate A.G. | MSP 4634-MSP 4642 |
| **35.** | September 6, 2011 email from Riley to Nancy Wood | MSP 181 |
| **36.** | September 6, 2011 Emails between A.P. and Lima | MSP 2012-MSP 2013 |
| **37.** | September 7, 2011 Review Board Elimination Letter to Candidate A.G. | MSP 3118 |
| **38.** | Lima's Completed Background Investigation Report on Riley (Updated September 7, 2011) | MSP 63-MSP 73 |
| **39.** | September 12, 2011 Email from Smith to Lima | MSP 444 |
| **40.** | September 12-13, 2011 Emails from Lima to A.P. | MSP 2019-MSP 2020 |
| **41.** | September 15, 2011 Review Board Elimination Letter to Candidate JW | MSP 4801 |

| EXH. | DESCRIPTION | BATES NOS. |
|---|---|---|
| 42. | September 15, 2011 Letter of appointment from Marian McGovern to candidate JH | MSP 3668-MSP 3669 |
| 43. | September 15, 2011 Letter from Flynn to Riley | MSP 156 |
| 44. | September 18, 2011 Lima Background Investigation Report for Candidate A.P. | MSP 3452MSP3461 |
| 45. | September 22, 2011 Review Board Elimination Letter to Candidate A.P. | MSP 3263 |
| 46. | September 26, 2011 Email from Kevin Butler to William Christiansen, Francis Hart, George Smith | MSP 1793 |
| 47. | September 29, 2011 Email thread between George Smith and Robert Lima | MSP 2044 |
| 48. | Lima's Memorandum Regarding Further Investigation of Riley of September 28, 2011 | MSP 74-MSP 76 |
| 49. | September 28, 2011 Letter from Flynn to Riley | MSP 169 |
| 50. | December 2011 Massachusetts State Police organization chart | |
| 51. | February 21, 2013 Minimum entrance requirements | MSP 1392-MSP 1393 |
| 52. | Automatic and Discretionary Disqualifiers for MSP's 80th Recruit Training Troop ("RTT") | MSP 9-MSP 16 |
| 53. | Instruction Sheet for 80th RTT Application | P 15 |
| 54. | Riley New Bedford High School Transcript | MSP 486 |
| 55. | Bishop Stang High School Transcript (April 7, 2011) | MSP 484 |

**CONTESTED EXHIBITS**

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
| A. | March 21, 2006 Letter to Candidate "J.W." from Director of Operations regarding job performance issues | MSP 4280 | Defendant objects based upon hearsay and relevance grounds | Offered to show notice to background investigator; lack of basis for report; relevant to comparator treatment, pretext |
| B. | July 2, 2007 Letter to NBPD Chief Moniz re: Riley | P02020 | Defendants object based upon hearsay and relevance grounds. | Offered to show notice to background investigator; lack of basis for report; pretext |
| C. | January 30, 2008 Dax Grantham letter regarding mortgage fraud | MSP 630 | Defendant objects based upon hearsay grounds | Offered to show notice to background investigator; lack of basis for report; relevant to pretext |
| D. | April 2011 Candidate J.H. Performance Review | MSP 3851-MSP 3852 | Defendant objects based upon hearsay, completeness, and relevance grounds | Offered to show notice to background investigator; lack of basis for report; relevant to comparator treatment, pretext Document is complete. |
| E. | September 6, 2011 Riley email exchange with Lima | MSP 153 – MSP 154 | Defendant objects on hearsay grounds | Not hearsay under Fed. R. Evid. 801(d)(2)(D) |

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
| F. | September 15, 2011 Riley email to Lima, enclosing correspondence from Heritage Pacific Financial | MSP 231-MSP 232 | Defendant objects on hearsay grounds | Offered to show notice to background investigator; lack of basis for report; relevant to pretext |
| G. | September 20, 2011 Riley email to Lima, forwarding Conti email | MSP 709 | Defendant objects on relevance, hearsay, and improper opinion grounds | Offered to show notice to background investigator, lack of basis for report, investigator failed to consider both data and opinion. Relevant to unfairness of treatment, pretext |
| H. | September 20, 2011 Jonathan Conti email with attachment to Lima | MSP 1948-MSP 1950, MSP 1870 | Defendant objects on relevance, hearsay, and improper opinion grounds | Offered to show notice to background investigator, lack of basis for report, investigator failed to consider both data and opinion. Relevant to unfairness of treatment, pretext |
| I. | September 22, 2011 Letter from Riley to Flynn | P 65-P66 | Defendant objects on hearsay grounds | Offered to show notice of appeal to MSP, unfairness of treatment |

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
| J. | Defendant's Third Supplemental Response to Interrogatory No. 2, including data on the 80th RTT (RTT Start date Oct. 2011) (Dated October 19, 2017) | | Defendant objects as discussed in MSP's Opposition to Plaintiff's Motion in Limine | This document is relevant and admissible per Plaintiff's Motion in Limine Regarding Data on African American Employment by Defendant (Doc. 198) |
| K. | Mass. State Police Bi-weekly Salary Rates | MSP 1402- MSP 1464 | Defendant objects as to relevance | Relevant to damages |
| L. | Agreement Between City of New Bedford and the New Bedford Police Union Eff. 07/01/12-06/30/15 | | Defendant objects as to relevance | Relevant to damages |
| M. | Excerpts from MSP's Responses to Interrogatories, Yee v. Massachusetts State Police, CA No. 2014-1103-G, pages 1-3, 11-12 | | Defendant objects as discussed in MSP's Opposition to Plaintiff's Motion in Limine | This document is relevant and admissible per Plaintiff's Motion in Limine Regarding Data on African American Employment by Defendant (Doc. 198) |
| N. | November 16, 1999 Riley first NBPD application | P 1913- P 1919 | Plaintiff objects as to relevance, Fed. R. Evid. 403 | Relevant to Plaintiff's truthfulness in applying to the State Police; relevant to Lima's state of mind |
| O. | April 17, 2001 Riley second NBPD application | P 1939- P 1946 | Plaintiff objects as to relevance, Fed. R. Evid. 403 | Relevant to Plaintiff's truthfulness in |

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
| | | | | applying to the State Police; relevant to Lima's state of mind |
| P. | August 8, 2003 Riley RISP application | RISP 42-RISP 56 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| Q. | RISP background investigation – RISP 04-41 (Interview held 4/13/04) | RISP 4-RISP 41 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| R. | 2004 Riley Internal NBPD Race Discrimination Complaint | NBPD 54 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| S. | October 24, 2006 NBPD Completed Investigation into Stallings complaint | NBPD 127-NBPD 174 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| T. | December 7, 2009 NBPD complete packet on Soares investigation | NBPD 175-NBPD 266 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| U. | August 29, 2011 Provencher letter to Conti | MSP 161-MSP 162 | Plaintiff objects as to relevance | Relevant to Plaintiff's truthfulness in applying to the State Police; relevant to |

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
| | | | | Lima's state of mind |
| V. | Riley's 1st MCAD discrimination complaint against NBPD | MCAD 257-MCAD 258 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| W. | Riley's 2d MCAD discrimination complaint against NBPD | P 2417 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject[1] | Defendants will respond by motion |
| X. | Riley's hostile work environment complaint against Sgt. Ortega | P 2443-P 2446 | Plaintiff objects on the grounds set forth in his Motion in Limine on this subject | Defendants will respond by motion |
| Y. | Google Maps of Nelson & County Streets in New Bedford | | Plaintiff objects on the grounds set forth in his Motion in Limine regarding after-acquired evidence | Defendants will respond by motion |
| Z. | September 20, 2011 email from Riley to Lima | MSP 708 | Defendant objects on relevance, hearsay, and improper opinion grounds | Offered to show notice to background investigator, lack of basis for report, investigator failed to consider both data and opinion. Relevant to |

---

[1] Plaintiff did not anticipate that defendant would seek to offer proposed Exhibit W when he filed his Motion in Limine Regarding Use of Preliminary or Collateral Proceedings (Doc. 196).  Nevertheless, the arguments asserted in that motion apply equally to Exhibit W.

| EXH. | DESCRIPTION | BATES NO. | PARTY OBJECTING/ BASIS | RESPONSE |
|---|---|---|---|---|
|  |  |  |  | unfairness of treatment, pretext |
| AA. | September 2, 2011 Conti Office Email to Lima | MSP 1946-MSP1947 | Defendant objects on relevance, hearsay, and improper opinion grounds | Offered to show notice to background investigator, lack of basis for report, investigator failed to consider both data and opinion. Relevant to unfairness of treatment, pretext |

Respectfully submitted,

DEFENDANT

Massachusetts State Police

By its attorneys,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Nicholas Rose
Nicholas Rose
BBO No. 670421
nicholas.rose@state.ma.us
Dennis D'Angelo
BBO No. 666864
dennis.d'angelo@state.ma.us
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200 Ext. 2592
Fax: (617) 727-3076

DATE: November 30, 2018

PLAINTIFF

Orlando Riley

By his attorneys,

/s/ Ellen J. Messing
Ellen J. Messing
BBO No. 343960
emessing@mrwemploymentlaw.com
James S. Weliky
BBO No. 631066
jweliky@mrwemploymentlaw.com
Messing, Rudavsky & Weliky, P.C.
50 Congress St., 1000
Boston, MA 02109
Tel: (617) 742-0004
Fax: (617) 742-1887

DATE: November 30, 2018

<u>**CERTIFICATE OF SERVICE**</u>

      I, James S. Weliky, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on November 30, 2018.

                        <u>/s/ James S. Weliky</u>
                        James S. Weliky, Esq.

Dated:  November 30, 2018