**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ORLANDO RILEY

        Plaintiff,

        v.

MASSACHUSETTS STATE POLICE

        Defendant.

C.A. 1:15-cv-14137-DJC

**DEFENDANT'S PROPOSED VERDICT FORM**

    Defendant Massachusetts State Police ("MSP") hereby respectfully submits the attached proposed verdict form.

Respectfully submitted,

MASSACHUSETTS STATE POLICE

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL,

/s/ Nicholas W. Rose
Dennis N. D'Angelo, BBO No. 666864
Nicholas W. Rose, BBO NO. 670421
Assistant Attorneys General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200
dennis.dangelo@state.ma.us
nicholas.rose@state.ma.us

Date:  December 9, 2018

## CERTIFICATE OF SERVICE

I, Nicholas W. Rose, Assistant Attorney General, hereby certify that I have this day, December 9, 2018, served the foregoing upon the attorneys of record for all parties by filing it through the ECF system.

/s/ Nicholas W. Rose_____
Nicholas W. Rose

**<u>VERDICT OF JURY</u>**

1. Do you find that Plaintiff has proven his claim that the Defendant discriminated against him on the basis of his race in failing to hire him in September 2011?

   YES   _____                              NO   _____

   If your answer is "yes," go on to Question 2.  If your answer is "no", please stop here and sign the verdict slip.

2. Has it been proved that Defendant would not have hired Plaintiff in September 2011 regardless of his race?

   YES   _____                              NO   _____

   If your answer is "no," go on to Question 3.  If your answer is "yes", please stop here and sign the verdict slip.

3. Has Defendant proven that even if it would have hired Plaintiff in September 2011, Defendant would have terminated Plaintiff's employment in November 2016 after discovering that Plaintiff had failed to disclose the Stallings investigation on his Application or during his interview?

   YES   _____                              NO   _____

   If you answer is "yes", answer Question 4 but not Question 5.  If your answer is "no", answer Question 4 and Question 5.

4. What is the amount of back pay which Plaintiff has proven would reasonably and fairly compensate him from September 2011 through November 2016?

   Back Pay:                              _____
                                          (Amount in Numbers)

                                          _____
                                          (Amount in Words)

3

5.  What is the amount of back pay which Plaintiff has proven would reasonably and fairly compensate him from November 2016 through the date of your verdict?

Back Pay:

_____
(Amount in Numbers)

_____
(Amount in Words)

6.  What is the amount of other compensatory damages which Plaintiff has proven would reasonably and fairly compensate him?

Emotional Distress:

_____
(Amount in Numbers)

_____
(Amount in Words)