UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORLANDO RILEY,  )
   )
   Plaintiff,  )
   )
v.  )   Civil Action No. 15-cv-14371
   )
MASSACHUSETTS STATE POLICE,  )
   )
   Defendant.  )

## VERDICT FORM

We, the jury, find:

1. Has Plaintiff Mr. Riley shown, by a preponderance of evidence, that Defendant MA State Police denied him admission to the 80th RTT on account of his race or color?

   ✓ Yes     ___ No

   *If "no," answer no further questions and have your foreperson sign and date this verdict form. If "yes," proceed to Question #2.*

2. Did Plaintiff suffer harm as a result of Defendant MA State Police's racial discrimination?

   ✓ Yes     ___ No

   *If "no," answer no further questions and have your foreperson sign and date this verdict form. If "yes," proceed to next Question #3.*

3. What, if any, back pay do you award to Plaintiff Mr. Riley?

   State the amount in figures: $ 79,000
   State the amount in words: Seven Nine Thousand

   *Proceed to Question #4.*

1

4. What, if any, front pay do you award to Plaintiff Mr. Riley?

   State the amount in figures: $ 0
   State the amount in words: ZERO

   *Proceed to Question #5.*

5. What, if any, emotional distress damages do you award to Plaintiff Mr. Riley?

   State the amount in figures: $ 51,000
   State the amount in words: Fifty One Thousand

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

12-11-2018
DATE

_[signature]_
FOREPERSON'S SIGNATURE