UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO RILEY ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> MASSACHUSETTS STATE POLICE ) <br> ) <br> **Defendants.** ) | **Civil Action No.** 15-14137-DJC |

## JUDGMENT

**CASPER, J.**                                                                 December 12, 2018

Judgment for the plaintiff in the amount of $79,000.00 in back pay and $51,000.00 in emotional distress for a total amount of $130,000.00.

Robert M. Farrell, Clerk

/s/ Lisa M. Hourihan
Deputy Clerk