# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ORLANDO O. RILEY, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS DEPARTMENT | ) | Civil Action No.: 1:15-CV-14137-DJC |
| OF STATE POLICE, | ) | |
| Defendant | ) | |

## JOINT MOTION REGARDING POST-TRIAL BRIEFING

The parties hereby jointly move this Court to adopt the schedule for post-trial briefing in this matter attached to this Motion as "Attachment A." For their reasons, the parties state:

1. This Court entered judgment for plaintiff in this matter on December 12, 2018 (Doc. 249).

2. Plaintiff intends to file a Motion to Alter or Amend the Judgment pursuant to Fed. R. Civ. P. 59(e) seeking instatement of plaintiff in the next appropriate Recruit Training Troop held by defendant and to address interest. Defendant may file a Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b) and/or a Motion for a New Trial pursuant to Fed. R. Civ. P. 59(a). Each of the foregoing motions are required to be filed on or before January 9, 2019.

3. Plaintiff intends to file a Motion for Attorneys Fees and Costs pursuant to Fed. R. Civ. P. 54(d)(2). The deadline for filing this motion is December 26, 2018. This deadline may be adjusted by court order, Defendant does not object to the scheduled proposed below, and the parties agree it is logical to postpone any motion practice and briefing regarding attorneys fees until after this Court has decided any Rule 50 and 59 motions submitted by the parties.

4. Given the complexity of factual and other matters at issue in this case and the upcoming holidays, a slightly more extended briefing schedule, including 21 days for filings of oppositions and 14 days for replies will assist this Court in giving the parties' motions full consideration.

WHEREFOR, the parties respectfully request that this Court adopt the schedule set forth in Attachment A.

Respectfully submitted,

| DEFENDANT | PLAINTIFF |
|---|---|
| Massachusetts State Police | Orlando Riley |
| By its attorneys, | By his attorneys, |
| MAURA HEALEY<br>ATTORNEY GENERAL | /s/Ellen J. Messing<br>Ellen J. Messing<br>BBO No. 343960 |
| /s/ Nicholas Rose<br>Nicholas Rose<br>BBO No. 670421<br>Nicholas.Rose@state.ma.us<br>Dennis D'Angelo<br>666864<br>dennis.d'angelo@state.ma.us<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Tel: (617) 727-2200 Ext. 2592<br>Fax: (617) 727-3076 | emessing@mrwemploymentlaw.com<br>James S. Weliky<br>BBO No. 631066<br>jweliky@mrwemploymentlaw.com<br>Messing, Rudavsky & Weliky, P.C.<br>50 Congress St., 1000<br>Boston, MA 02109<br>Tel: (617) 742-0004<br>Fax: (617) 742-1887<br><br>DATE: December 13, 2018 |
| DATE: December 13, 2018 | |

## **CERTIFICATE OF SERVICE**

      I, James S. Weliky, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on December 13, 2018.

                                                                       /s/ James S. Weliky
                                                                         James S. Weliky, Esq.

Dated:   December 13, 2018

# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORLANDO O. RILEY,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE,<br>    Defendant | Civil Action No.: 1:15-CV-14137-DJC |

## ORDER REGARDING POST-TRIAL BRIEFING

The Court hereby adopts the following post-trial briefing schedule in this matter:

| | |
|---|---|
| Motions pursuant to Fed. R. Civ. P. 50 and 59. | Due January 9, 2019 |
| Oppositions to Fed. R. Civ. P. 50 and 59 Motions | Due January 30, 2019 |
| Replies in Support of Fed. R. Civ. P. 50 and 59 Motions | Due February 13, 2019 |
| Motion for Attorneys Fees and Costs | Due 14 days after entry of final judgment on the parties' R. 50 and R. 59 motions. |

**So Ordered.**

_____
United States District Judge