# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO RILEY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS STATE POLICE<br><br>Defendant. | C.A. 1:15-cv-14137-DJC |

### DEFENDANT'S RENEWED MOTION FOR JUDGMENT
### AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, Defendant Massachusetts State Police ("MSP") hereby renews its motion for judgment as a matter of law. As explained in more detail in the accompanying memorandum of law, MSP respectfully submits that there was no legally sufficient evidentiary basis for a jury to find for Plaintiff Orlando Riley ("Riley") on his claim of race discrimination and thus MSP is entitled to judgment as a matter of law. In the alternative, MSP respectfully requests that it be granted a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure because the jury's verdict was against the clear weight of the evidence.

WHEREFORE, MSP respectfully requests that the Court allow its Motion and enter judgment in favor of MSP. In the alternative, MSP respectfully requests that the Court order a new trial on Plaintiff's claim.

                          Respectfully submitted,

                          MASSACHUSETTS STATE POLICE

                          By its attorney,

                          MAURA HEALEY
                          ATTORNEY GENERAL,

                          /s/ Nicholas W. Rose
                          Dennis N. D'Angelo, BBO No. 666864
                          Nicholas W. Rose, BBO NO. 670421
                          Assistant Attorneys General
                          Government Bureau/Trial Division
                          One Ashburton Place, Room 1813
                          Boston, MA  02108
                          (617) 727-2200
                          dennis.dangelo@state.ma.us
                          nicholas.rose@state.ma.us

Date:  January 9, 2019

## CERTIFICATE OF SERVICE

    I, Nicholas W. Rose, Assistant Attorney General, hereby certify that I have this day, January 9, 2019, served the foregoing upon the attorneys of record for all parties by filing it through the ECF system.

                          /s/ Nicholas W. Rose
                          Nicholas W. Rose