UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO O. RILEY,<br>　　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE,<br>　　　　Defendant | Civil Action No.: 1:15-CV-14137-DJC |

## REVISED AMENDED JUDGMENT

After trial, and after decision on Plaintiff Orlando Riley's Motion to Alter or Amend the Judgment (Doc. 265) and decision on Defendant the Massachusetts Department of State Police's Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b) or, Alternatively, for a New Trial under Fed. R. Civ. P. 59 (Doc. 264), it is hereby ordered and adjudged that:

1. Judgment shall enter for the plaintiff on his complaint for discrimination under 42 U.S.C. §2000e et seq. in the amount of $79,000.00 in back pay. To this sum, the Court adds prejudgment interest at the federal rate of interest per annum referenced in 28 U.S.C. §1961 in an amount to be determined by the Clerk of the Court for the period from December 14, 2015 through the date of entry of Final Judgment.

2. Judgment shall enter for the plaintiff on his complaint for discrimination under 42 U.S.C. §2000e et seq. in the amount of $51,000.00 in emotional distress.

3. To the sums set forth in paragraphs 1 - 2 of this Order, the Court adds post-judgment interest at the federal rate of interest per annum referenced in 28 U.S.C. §1961 in an amount to be determined by the Clerk of the Court for the period from the day after the date of

entry of Final Judgment to the date of payment by Defendant of the amounts set forth in this Revised Amended Judgment.

4. Judgment shall enter instating plaintiff into the next available Massachusetts State Police Recruit Training Troop (RTT) Academy without precondition. Upon successful completion and graduation from that RTT Academy, plaintiff shall be eligible to be sworn in as a Massachusetts State Trooper to the same extent as all other successful graduates. Upon entry into the state police force, plaintiff shall be assigned the rank, pay rate, benefits and seniority to which he would be entitled had he successfully completed the 80th RTT and been sworn-in as a Trooper at the conclusion of that RTT. Defendant shall not discriminate against Riley because he has filed a charge of discrimination or testified, or participated in this lawsuit under 42 U.S.C. §2000e et seq.

5. Defendant shall pay plaintiff his reasonable attorneys' fees and costs pursuant to an Order to be issued separately by the Court following plaintiff's submission of his petition for fees pursuant to 42 U.S.C. §2000e et seq.

## ORDER

6. Defendant is to pay plaintiff damages and interest as set forth in paragraphs 1-3 of this Revised Amended Judgment. Defendant is to instate Plaintiff in the next available Recruit Training Troop Academy in accordance with the terms of paragraph 4. Defendant is to pay plaintiff reasonable attorneys' fees and costs as ordered pursuant to paragraph 5.

By the Court,

_____
Denise J. Casper
Judge, U.S. District Court, District of Massachusetts

Date: June 3, 2019.