UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO O. RILEY,<br>      Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>  OF STATE POLICE,<br>      Defendant | Civil Action No.: 1:15-CV-14137-DJC |

**PARTIES' JOINT MOTION TO EXTEND DEADLINE**
**FOR MOTION FOR FEES AND COSTS**

Plaintiff Orlando Riley ("Plaintiff" or "Riley") and Defendant Massachusetts State Police ("Defendant" or "MSP") hereby respectfully request that the Court extend the deadline for Plaintiff to file his Motion for Fees and Costs from June 17, 2019 to July 1, 2019 and extend the opposition and reply deadlines accordingly. As grounds for this motion, the parties state:

1. The Court entered final judgment for Plaintiff in this matter on June 3, 2019 (Doc. 267).

2. Pursuant to the Court's December 17, 2018 order (Doc. 251), Plaintiff's Motion for Fees and Costs is due 14 days after entry of final judgment, i.e., June 17, 2019.

3. Given the complexity of factual and other matters at issue in this case and the parties' imminent, pressing deadlines in other cases, the parties ask that the Court postpone the deadline to July 1, 2019, with a concomitant postponement of the opposition deadline to July 22, 2019, and the reply deadline to August 5, 2019 (per the terms of Docs. 250 and 251).

WHEREFOR, the parties respectfully request that this Court extend the deadlines as described above.

Respectfully submitted,

| DEFENDANT | PLAINTIFF |
|---|---|
| Massachusetts State Police | Orlando Riley |
| By its attorneys, | By his attorneys, |
| MAURA HEALEY<br>ATTORNEY GENERAL | /s/ Gavriela M. Bogin-Farber<br>Ellen J. Messing<br>BBO No. 343960<br>emessing@mrwemploymentlaw.com |
| /s/ Dennis D'Angelo<br>Nicholas Rose<br>BBO No. 670421<br>Nicholas.Rose@state.ma.us<br>Dennis D'Angelo<br>BBO No. 666864<br>dennis.d'angelo@state.ma.us<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Tel: (617) 727-2200 Ext. 2592<br>Fax: (617) 727-3076 | James S. Weliky<br>BBO No. 631066<br>jweliky@mrwemploymentlaw.com<br>Gavriela M. Bogin-Farber<br>BBO No. 686081<br>gbogin-farber@mrwemploymentlaw.com<br>Messing, Rudavsky & Weliky, P.C.<br>One Gateway Center<br>300 Washington St., Ste. 308<br>Newton, MA 02458<br>Tel: (617) 742-0004<br>Fax: (617) 742-1887 |
| DATE: June 10, 2019 | DATE: June 10, 2019 |

## CERTIFICATE OF SERVICE

     I, Gavriela M. Bogin-Farber, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on June 10, 2019.

                                      /s/ Gavriela M. Bogin-Farber
                                      Gavriela M. Bogin-Farber, Esq.

Dated: June 10, 2019