# ATTACHMENT 1

Ellen J. Messing
Page 1

---

**ELLEN J. MESSING**
Messing, Rudavsky & Weliky,
P.C.
One Gateway Center, Suite 308
Newton, MA 02458
(617) 742-0004
emessing@mrwemploymentlaw.com
www.mrwemploymentlaw.com

---

TEACHING
EXPERIENCE

BOSTON UNIVERSITY SCHOOL OF LAW, Boston, MA
(1982-1991)

Lecturer in Law.  Design and teach Trial Advocacy course incorporating
examination of ethical issues affecting trial lawyers into curriculum
focused  on acquisition of advocacy skills.  Teaching method centers on
use of  simulation exercises and written problem analyses in areas of
criminal law,  commercial law, contracts and torts.

Clinical Instructor.  Taught and team-taught seminars in trial skills,
negotiations, and client counseling; supervised law students
representing  indigent clients in housing and government benefits cases;
represented law  student tenant plaintiffs in class action which
successfully challenged  arbitrary discrimination in rentals.

NORTHEASTERN UNIVERSITY SCHOOL OF LAW, Boston, MA
(1985- 1988)

Lecturer in Law.  Designed and taught Evidence course incorporating
simulation approach for summer 1986 and 1987 quarters.

Designed and taught Civil Trial Practice course similar to Boston
University  Trial Advocacy course.

UNIVERSITY OF MICHIGAN, Ann Arbor, MI
(1980-1982)

Clinical Instructor.  Researched, drafted and edited teaching manuals on
substantive law and practice methods in areas of civil commitment,
housing  and domestic relations; redesigned clinic's program of civil
commitment  representation to systematize pretrial investigation,
increase use of expert  testimony, and incorporate social science
perspectives; taught and team-  taught seminars in advocacy and
negotiation skills; supervised law students  representing indigent clients
in civil and criminal cases.

Litigation Attorney, Institute of Gerontology.  Researched, drafted and

Ellen J. Messing
Page 2

edited  teaching manuals on legal, ethical and gerontological issues in the  representation of older clients and on systems of legal services delivery; designed and presented legal seminars to practitioners and related  professionals in Michigan, Illinois, Ohio, Minnesota, Missouri and Nebraska;  provided co-counseling and technical assistance to attorneys in major  litigation; lectured and led discussions for large audiences (50-100 trainees)  on legal/gerontological topics.

EDUCATION

BOSTON UNIVERSITY SCHOOL OF LAW, J.D. 1977 (Honors)

Class Standing:  top 6% (19/329)

Honors and Activities

Recipient, "Faculty Award for Exceptional Dedication to the Ideals of Community Service," 1977

Book Award for highest grade in Administrative Law, 1976

Founder and editor-in-chief, PHASE II REPORTER, publication analyzing legal issues in school desegregation for attorneys, educators and parents, 1975-77

HARVARD UNIVERSITY, A.B. 1973 cum laude

National Merit Scholar
Dean's List each term

PUBLICATIONS

"Bulwer and Verdrager: The SJC Speaks Out On Pretext in Employment Discrimination Cases," Massachusetts Bar Association Lawyers  Journal, Spring 2017

"Handling Employer Documents in Discrimination Cases While Staying Out of Trouble," with Bogin-Farber, G.M., in National Employment Lawyers Association Convention, What To Do When Clients Access Employer Documents Outside The Formal Discovery Process, 2017

"Drafting Severance Documents: A Plaintiff's Attorney's Perspective," with Weliky, J.S., in Massachusetts Continuing Legal Education, Drafting Employment Documents in Massachusetts, 2007, 2013, 2014, 2016
"'1st look' at What the Verdrager Case Means for Employee Self-Help Discovery," with Martin J. Newhouse, in Massachusetts Continuing Legal Education Webinar, How to Use Employer Information Ethically, 2016

"Verdrager v. Mintz Levin: The SJC Establishes Standards for Protected Self-Help Discovery in Aid of Anti-Discrimination Claims

Ellen J. Messing
Page 3

in Massachusetts," with Martin J. Newhouse, in Boston Bar Journal, Case Focus, 2016

"Negotiating Executive Employment Agreements on Behalf of the Employee," in Massachusetts Bar Association Employment Law Conference, 2016

"Effectively Combating Retaliatory Counterclaims and Countersuits," in National Employment Lawyers Association Reining In Retaliation and Winning Whistleblower Cases Seminar, 2016

"Discrimination Law Update," in Massachusetts Continuing Legal Education Employment Law Conference, 2015

"Maintaining Professional Boundaries in Dealing with Difficult Clients," in National Employment Lawyers Association Convention, 2015

"Employment Contracts: An Employee Perspective," in Massachusetts Continuing Legal Education, Massachusetts Employment Law, 2009, 2013, Second Supplement 2015

"The Relationship Between the Americans with Disabilities Act, Massachusetts Handicap Discrimination Law, and the Massachusetts Workers' Compensation Act," with Weliky, J.S., in Massachusetts Continuing Legal Education, Workers' Compensation Practice in Massachusetts, 3d Ed., 2012, 4th Ed., 2014

"Mediation: Dos and Don'ts from the Experts," in National Employment Lawyers Association, Annual Convention Program Materials, 2014

"How to Use Employer Information Ethically" (Update), with Marshall, D.J., in National Employment Lawyers Association, Fall Seminar Program Materials, 2013

"Annotated Written Discovery In A Non-Selection Case," with Donnelly, C.J., in National Employment Lawyers Association, Annual Convention Program Materials, 2013

"How to Use Employer Information Ethically," with Marshall, D.J., in Metropolitan Washington Employment Lawyers Association, Annual Conference Materials, 2013

"Dodd-Frank's Anti-Retaliation and Whistleblower-Bounty Provisions," in Massachusetts Continuing Legal Education, 15th Annual Employment Law Conference Materials, 2012

"Fitness for Duty Evaluations – A Legal Perspective," with Burress, J.W. and Lewis, B.E., in New England College of Occupational and

Ellen J. Messing
Page 4

Environmental Medicine, <u>Annual Conference Program Materials</u>, 2012

"NELA's Initial Draft Proposed Protocols Compared With The Final Version Issued By The Federal Judicial Center," with Donnelly, C.J., in National Employment Lawyers Association, <u>Annual Convention Program Materials</u>, 2012

"Ethical Issues Arising Between Plaintiffs' Attorneys and Clients in the Mediation and Settlement Process," with Seltzer, D.L., in National Employment Lawyers Association, <u>Spring Seminar Program Materials</u>, 2012

"Arbitration Megatrends – A Perspective From The Northeast," with Rudavsky, D.C., in American Bar Association Section of Labor and Employment Law, <u>Annual Conference Program Materials</u>, 2011

"Two Issues In Attorneys Fee Agreements: Mixed Hourly/Contingent Agreements, And Calculation Of Contingent Percentage," with Seltzer, D.L., in National Employment Lawyers Association, <u>Annual Convention Program Materials</u>, 2011

"Survey Of State Laws On Propriety And Disclosure To Client Of Attorney Referral Fees," with Seltzer, D.L., in National Employment Lawyers Association, <u>Annual Convention Program Materials</u>, 2011

"Thinking Through Your Summary Judgement Response," in National Employment Lawyers Association, <u>7th New England Regional Conference Materials</u>, 2011

"Quick Tip On Using *Staub* To Defeat Summary Judgment," with Merritt, K.C., in National Employment Lawyers Association, <u>7th New England Regional Conference Materials</u>, 2011

"A Plaintiff's Lawyer's Guide To The 2010 Amendments To Rule 56," with Merritt, K.C., in National Employment Lawyers Association, 7th New <u>England Regional Conference Materials</u>, 2011

"Some Tips for Effective Direct Examination in Employment Discrimination Cases (2011 Update)," with Merritt, K.C., in National Employment Lawyers Association, <u>Spring Seminar Program Materials</u>, 2008, 2011

"Maximizing The Value Of Arbitration For Our Clients," with Weliky, J.S., in National Employment Lawyers Association, <u>Annual Convention Program Materials</u>, 2010

"Anticipating and Addressing the Problem of the Power Dynamic in Mediation," in Massachusetts Continuing Legal Education, <u>Help! Protect</u>

Ellen J. Messing
Page 5

Me  from My Employment Clients, 2010

"Two Tips For Plaintiffs Lawyers In Employment Cases," with Merritt,
K.C., in Massachusetts Continuing Legal Education, Annual Employment
Law  Conference, 2008, 2010

"Evidence about Other People: When Is it Admissible in Your Plaintiff's
Employment Case?," with Merritt, K.C., in Massachusetts Continuing
Legal  Education, Effectively Using & Excluding Evidence in
Employment Cases,  2010

Set of mock motion papers, including:  "Plaintiff's Opposition To
Defendant's Motion In Limine Concerning Herman Resources's DUA
Testimony"; "Plaintiff's Opposition To Defendant's Motion To Exclude
Unemployment Records"; "Plaintiff's Motion To Exclude Tax Records
From Evidence"; "Plaintiff's Opposition To Defendant's Motion to
Exclude  Evidence Of Subsequent Performance Of Comparator";
"Plaintiff's Motion  To Exclude Evidence Regarding Plaintiff's
Performance In Subsequent  Employment"; "Plaintiff's Motion To
Exclude Mental Health Records From  Evidence," with Merritt, K.C., in
Massachusetts Continuing Legal Education,  Effectively Using &
Excluding Evidence in Employment Cases, 2010

"Anatomy Of A Client Fee Agreement," in Metropolitan Washington
Employment Lawyers Association, Annual Conference Materials, 2010

"Joint Representation in Employment Litigation from the Plaintiff's
Counsel's Perspective," with Bernt, L., in American Bar Association,
National Conference on Equal Employment Opportunity Law, 2010

"Winning The "Protected Activity" Argument In Retaliation Cases," in
National Employment Lawyers Association, Fall Seminar Program
Materials,  2009

"Protecting Employee Communications In The Modern Workplace,"
American Bar Association Section of Labor & Employment Law, Annual
CLE Conference Materials, 2009

"Ghostwriting for Pro Se Litigants: Some Traps for the Unwary," with
Merritt, K.C., in National Employment Lawyers Association, Annual
Convention Program Materials, 2009

"Tips for Plaintiffs' Counsel Concerning the Risks of Misrepresentation
in  Settlement Negotiations," with Merritt, K.C., in National Employment
Lawyers Association, Annual Convention Program Materials, 2009

"Trial Skills MasterClass Fact Pattern," in Massachusetts Continuing
Legal  Education, Employment Law Seminar, 2009

Ellen J. Messing
Page 6

—————————————————————————————————————

"Insurance Coverage in Employment Cases: A Primer for Plaintiffs'
Counsel," with Merritt, K.C., in National Employment Lawyers
Association,
Annual Convention Program Materials, 2008

"Employment Contracts: An Employee Perspective", with Cattani, J.P., in
Massachusetts Continuing Legal Education, 2008

"Expert Testimony on Emotional Distress in Employment Cases: A
Plaintiffs' Attorney's View," with Merritt, K.C., in American Bar
Association Section of Labor & Employment Law, Annual CLE
Conference Materials, 2008

"E-Discovery in Employment Cases: Some Tips for Drafting Effective
Discovery Documents," with Weliky, J.S., and Merritt, K.C., in
Massachusetts Continuing Legal Education, Electronic Discovery
Seminar Materials, 2008

"E-Discovery in Employment Cases: Sample E-Discovery Document
Requests," with Weliky, J.S., and Merritt, K.C., in Massachusetts
Continuing Legal Education, Electronic Discovery Seminar Materials,
2008

"E-Discovery in Employment Cases: Sample Litigation Hold Letter
(Sexual Harassment Case)" with Weliky, J.S., and Merritt, K.C., in
Massachusetts Continuing Legal Education, Electronic Discovery
Seminar Materials, 2008

"Tips from the Trenches: Using E-Discovery in Financial Industry Sexual
Harassment Cases," with Merritt, K.C., in National Lawyers Guild, Mass
Dissent, 2008

"A Plaintiff's Perspective on Medical Examinations Under Rule 35,"
with Merritt, K.C., in American Bar Association Section of Labor &
Employment Law, Annual CLE Conference Materials, 2008

"Strategic Considerations in Representing Current Employees Who Are
Pursing Claims Against Their Employers," in National Employment
Lawyers Association, Fall Seminar Program Materials, 2008

"Summary of Possible Employment Claims Under Massachusetts and
Federal Law," with Weliky, J.S., Massachusetts Continuing Legal
Education, 2008

"Ethical Issues in Witness Preparation and Coaching," with Merritt, K.C.,
in National Organization of Lawyers for Education Associations, Annual
Conference Materials, 2008

Ellen J. Messing
Page 7

"Contacting Employees of an Adverse Corporate Party: A Plaintiff's Attorney's View (2007 Update)," with Weliky, J.S., in National Organization of Attorneys for Education Associations, Annual Conference Materials, 2008

"Employment Contracts: An Employee's Perspective," with Cattani, J., in Massachusetts Continuing Legal Education, Massachusetts Employment Law Second Supplement, 2008

"Negotiating Executive Employment Agreements on Behalf of the Employee," American Bar Association Section of Labor and Employment Law, Annual CLE Conference Program Materials, 2007

"Preparing or Coaching the Witness: Where is the Ethical Line?" with Wise, J. and Eisenberg, H., in National Employment Lawyers Association, Annual Convention Materials, 2007

Update to "Professional Conduct and the Preparation of Witnesses for Trial: Defining the Acceptable Limitations of 'Coaching,'" in National Employment Lawyers Association, Annual Convention Materials, 2007

"Recurring Evidentiary and Expert Issues in Employment Litigation," in American Law Institute – American Bar Association, Litigating Employment Discrimination and Employment Related Claims and Defenses in Federal and State Courts, 2007

"Ethical Issues in Employment Litigation," in American Law Institute – American Bar Association, Litigating Employment Discrimination and Employment Related Claims and Defenses in Federal and State Courts, 2007

"Covenants Not to Compete," with Cattani, J., in National Employment Lawyers Association, New England Regional Conference Materials, 2006

"I Came, I Saw, I'm Leaving," in National Employment Lawyers Association, New England Regional Conference Materials, 2006

"Lessons Learned from the Rule 4.2 Battle," in National Employment Lawyers Association, Annual Convention Manual, 2006

"The Five Secret Tips for Achieving Happiness, Success and Prosperity as a Plaintiff's Employment Lawyer (Hint: It's All About Picking Your Cases)," in Massachusetts Continuing Legal Education, Employment Law Basics, 2006

Ellen J. Messing
Page 8

_____

"The Ethical Constraints on Talking to Current Employees of a Corporate Opposing Party," with Weliky, J.S. in Spriggs, K., Representing Plaintiffs in  Title VII Actions, (2d Ed.) Aspen Publishers, 2005

"'Silence Like a Cancer Grows' or 'You Talk Too Much'?  Ethical and Strategic Issues in Communications by Plaintiff's Counsel with Putative Class  Members," with Weliky, J.S. and Cunningham, J., in National Employment Lawyers Association, Impact Litigation Conference Manual, 2005

"You Do The Math:  The Art of Calculating Settlement Demands," with Weliky, J.S., in National Employment Lawyers Association, Annual Convention Manual, 2005

"Contacting Employees of an Adverse Corporate Party: A Plaintiff's Attorney's View (2003 Update)," with Weliky, J.S., in American Bar Association, 19 The Labor Lawyer, Vol. 3, 2004

"Mandatory Arbitration Clauses in Employment Contracts: An Overview of the Law in Massachusetts," with Cattani, J. and Evangelista, K.,  in Massachusetts Continuing Legal Education, What Every Lawyer Should Know About Arbitration, 2004

"Punitive Damages Awards in Employment Discrimination Cases," with Evangelista, K., in Massachusetts Continuing Legal Education, Employment  Law Conference, 2004

"Seeking Damages for Common Law Claims in Employment Termination  Cases," with Evangelista, K., in Massachusetts Continuing Legal Education, Employment Law Conference, 2004

"Joint Representation in Employment Litigation from the Plaintiff's Counsel's Perspective, with Bernt, L., in National Organization of Lawyers  for Education Association,  Annual Conference Materials, 2003

"Representing Whistleblowers in Massachusetts After Sarbanes-Oxley," with  Rogoyski, R., in Massachusetts Continuing Legal Education Seminar,  Litigating in the Wake of the Enron Flood:  Regulatory Issues a Year After  the Sarbanes-Oxley Act, July 2003

"Drafting Severance Documents," with Weliky, J.S., in Koffel, W.B. Drafting  Employment Documents in Massachusetts, 200
"Employment Contracts: An Employee Perspective," in Adkins, J.E., Massachusetts Continuing Legal Education,  Massachusetts Employment Law, 2002

Ellen J. Messing
Page 9

"Mandatory Arbitration Clauses in Employment Contracts: An Overview of the Law in Massachusetts," in Massachusetts Bar Association, 23rd Annual  Labor & Employment Law Spring Conference Materials, 2002

"Your First Plaintiff's Employment Case:  Spotting the Issues,"  with Weliky, J.S., in Massachusetts Continuing Legal Education, Representing Indigent  Clients in Federal Court, 2002

"Executive Compensation Packages: An Overview from the Employee's Point  of View," with Cattani, J., in American Bar Association Section of Labor and  Employment Law Annual Meeting, Annual Convention Materials, 2001  (reprinted, The Practical Lawyer, October 2002)

"SJC Decision Restores Fairness in Litigation," with Rudavsky, D.C., in Massachusetts Lawyers Weekly, April 2002

"Controlling the Effects of Power Imbalances in Settlement Negotiations," in  National Employment Lawyers Association, Annual Convention Materials,  2001

"Litigation and Discovery Strategies in 'Downsizing' Cases: A Plaintiff's Perspective," with Cattani, J., in Massachusetts Bar Association, Hot Employment Issues in a Cooling Economic Climate, 2001

"Drafting Settlement Documents: A Plaintiff's Attorney's Perspective," with  Weliky, J.S., in Leibowitz, A.G., Drafting Employment Documents in  Massachusetts, Massachusetts Continuing Legal Education, 2001

"The Ethical Constraints on Talking To Potential Witnesses," in Spriggs, K.,  Representing Plaintiffs in Title VII Actions, Aspen Publishers, 2001

"Evidence about Other People: When Is it Admissible in Your Plaintiff's Employment Case?", in Massachusetts Continuing Legal Education, Employment Law Basics, 2000

"Summary of Possible Employment Claims Under Massachusetts and Federal  Law," with Weliky, J.S., in Massachusetts Continuing Legal Education, Representing Indigent Plaintiffs in Federal Court, 2000

"Cross-Examination of Human Resources Witnesses in Employment Cases," in 33rd Annual Pacific Coast Labor and Employment Law Conference, 2000

"Common Mediation Mistakes and How To Avoid Them," in National Employment Lawyers Association, Annual Convention Materials, 2000

"The Relationship Between the Americans with Disabilities Act,

Ellen J. Messing
Page 10

Massachusetts Handicap Discrimination Law, and Massachusetts Workers' Compensation Law," with Weliky, J.S., in Massachusetts Continuing Legal Education, ADA, FMLA and Worker's Compensation, 1996, 2000

"Employment Contracts: A Plaintiff's Perspective" in Adkins, J., et al., Massachusetts Employment Law Manual, Massachusetts Continuing Legal Education, 1999

"Summary of Possible Employment Claims Under Massachusetts and Federal Law," with Weliky, J.S., in Employment Law in Massachusetts, Human Resources Institute, 1999

"Rule 11 Sanctions: Recent Cases," in National Employment Lawyers Association, Annual Convention Materials, 1999

"Contacting Employees of An Adverse Corporate Party: A Plaintiff's Attorney's View (1999 Update),", in National Employment Lawyers Association, Annual Convention Materials, 1999

"Disclosure of Psychological Records and Medical Examinations: A Plaintiff's Perspective," in Suffolk University Law School, Judgment Calls: What the New Developments In Sexual Harassment Law Mean to Your Practice," 1998

"Protecting Victims' Interests During Sexual Harassment Investigations," in Suffolk University Law School, Judgment Calls: What the New Developments In Sexual Harassment Law Mean to Your Practice, 1998

"The Relationship Between the Family and Medical Leave Act, Disability Discrimination Laws, and State Parental Leave Statutes," in National Employment Lawyers Association, Gender Discrimination Seminar Materials, 1999

"Protecting Victims' Interests During Investigations of Sexual Harassment Complaints," in Massachusetts Continuing Legal Education, Bulletproofing Clients From Sexual Harassment Claims, 1998

"Employment Law Analysis," in Self-Help for the Hard of Hearing, Annual Convention Materials, 1998

"Ethical Issues to Consider When Preparing Client Fee Agreements," with Cattani, J.P., in National Employment Lawyers Association, Annual Convention Materials, 1998

"Overview of Recent Developments in Common Law Claims," in American Law Institute - American Bar Association, Employment Discrimination and Civil Rights Actions in Federal and State Courts, 1997

Ellen J. Messing
Page 11

"Privacy Concerns and Disability Laws," in MetroWest Center for Continuing Education, <u>Privacy in the Workplace</u>, 1997

"Preparing the Plaintiff For Mediation in an Employment Case," in Massachusetts Bar Association, <u>Settlement Issues in Employment Discrimination Cases</u>, 1997

"The Gender-Based Hostile Environment: when Non-`Sexual' Harassment Is Still Illegal Harassment," with Weliky, J.S., in Massachusetts Continuing Legal Education, <u>Bringing and Defending Sexual Harassment Cases</u>, 1996

"Same Sex Sexual Harassment," with Weliky, J.S., in Massachusetts Continuing Legal Education, <u>Bringing and Defending Sexual Harassment Cases</u>, 1996

"Protecting Victims' Interests During Investigation of Sexual Harassment Complaints," with Weliky, J.S., in Massachusetts Continuing Legal Education, <u>Bringing and Defending Sexual Harassment Cases</u>, 1996

"Reasonable Accommodations For Persons With `Hidden' Disabilities," with Weliky, J.S., in Suffolk University Law School, <u>The Impaired/Disabled Professional</u>, 1996

"First Circuit <u>Astra</u> Ruling Aids Anti-Bias Effort," with Rudavsky, D.C., and Like, S., <u>Massachusetts Lawyers Weekly</u>, 1996

"Strategic Considerations in Representing Current Employees Who Are Pursing Claims Against Their Employers," in Boston Bar Association, <u>The Employee Who Sues and Stays</u>, 1996

"Disclosure of Psychological Records and Mental Examinations: A Plaintiff's Perspective," with Rudavsky, D.C. and Weliky, J.S., in National Employment Lawyers Association, <u>New England Regional Conference Materials</u>, 1996

"Drafting Settlement Documents: A Plaintiff's Attorney's Perspective," in Massachusetts Continuing Legal Education, <u>Drafting Termination Documents</u>, 1996

"Sample Employment Agreements," in Massachusetts Continuing Legal Education, <u>Documenting The Hiring Process</u>, 1996

"Excerpts From Memorandum of Law on Two Common Evidentiary Issues in Discrimination Cases: (1) Bigoted Comments in Workplace and (2) Statistics," in Massachusetts School of Law, <u>Third Annual</u>

Ellen J. Messing
Page 12

Employment Law Conference, 1995

"Revisiting The `Rhetoric' of Job Discrimination," with Rudavsky, D.C., in Massachusetts Lawyers Weekly, 1995

"The Americans with Disabilities Act: Its Effect on Major Disabilities in the Workplace," in Massachusetts Continuing Legal Education, Mock Trial of an MCAD Disability Discrimination Case, 1995

"Work Schedule Changes As Reasonable Accommodations For Persons with Disabilities," with Churchill, S.S., in Massachusetts Bar Association, Reasonable Accommodations Under The ADA, 1994

"Annotated Sample Complaint In A Sexual Harassment Case," in Suffolk University Law School, Law And Feminism: Perspectives In Practice And Theory, 1994

"The Law Of Sexual Harassment In The Workplace," in Suffolk University Law School, Law And Feminism: Perspectives In Practice And Theory, 1994

"Recent Developments in Employment Law," with Churchill, S.S., in Massachusetts Defense Lawyers Association, Charting The Changes, 1993

"The Relationship Between The Family Medical Leave Act, Disability Discrimination Laws, And The Massachusetts Maternity Leave Statute," with Churchill, S.S., in National Center For Continuing Education, Implementing The Family Medical Leave Act, 1993

"Age Discrimination Law In Massachusetts: An Overview," with Churchill S.S., in Massachusetts Bar Association, Age Discrimination in Employment, 1993

"Conciliation Tactics and Strategy: Complainant's Perspective," Massachusetts Continuing Legal Education, Settling Your MCAD Case: A Practical Guide To Strategy And Tactics, 1993

"The Law of Sexual Harassment In The Workplace," with Michon, K.J., in Massachusetts School of Law, First Annual Employment Law Conference, 1993

"Annotated Sample Complaint In a Sexual Harassment Case," in Massachusetts School of Law, First Annual Employment Law Conference, 1993

"Proof of Pretext Under Massachusetts Discrimination Law,"

Ellen J. Messing
Page 13

Massachusetts Bar Association, 1993

"Employment Contract Claims (1993 Supplement)" in Walsh, M.C., ed., A Judicial Guide To Labor And Employment Law (1993 Supplement) (Lawyers Weekly Publications, 1993)

"Wrongful Termination Claims (1993 Supplement)" with Owens, R. and Rodrigues, L., in Walsh, M.C., ed., A Judicial Guide To Labor And Employment Law (1993 Supplement) (Lawyers Weekly Publications, 1993)

"Workers' Compensation" in Phelan, G. and Arterton, J.B., Disability Discrimination In The Workplace, Clark Boardman Callaghan, 1992

"The 1991 Civil Rights Act:  Increased Plaintiff Rights and Expanded Remedies," with Gelb, M., in Council On Education In Management, Personnel Law Update, 1993, 1992

"Motions To Dismiss and Massachusetts Employment Law," with Mantell, R.S., in Boston Bar Association, Motions To Dismiss In Employment Cases, 1992

"A Plaintiff's Perspective On Depositions In Employment Cases," in Massachusetts Continuing Legal Education, Use of Depositions In Employment Litigation, 1992

"Contacting Employees Of An Adverse Corporate Party: A Plaintiff's Attorney's View (1992 Update)," in National Employment Lawyers Association, Proceedings of Annual Meeting, 1992

"Annotated Sample Complaint In A Sexual Harassment Case," with Baker, K.G., in Massachusetts Bar Association, Thirteenth Annual Conference On Emerging Topics In Employment Law, 1992

"Applying The Law of Sexual Harassment To The Law Enforcement Workplace," in Labor Relations Information System, Discrimination, Harassment And Affirmative Action, 1992

"Applying Sexual Harassment Law To A Workplace Setting," in Massachusetts Association For Law-Related Education, Sexual Harassment, 1992

"The Law Of Sexual Harassment In The Workplace," with Michon, K.J., in Labor Relations Information System, Discrimination, Harassment And Affirmative Action and in Massachusetts Association for Law-Related Education, Sexual Harassment, 1992

"Applicability of the 1991 Civil Rights Act To Pending Cases And Pre-Act Conduct," in Boston Bar Association, Fifth Annual Spotlight On

Ellen J. Messing
Page 14

Employment Law, 1992

"The Massachusetts Equal Rights Act," in Massachusetts Bar Association,
Employment Law:  Current Issues and Trends, 1991

"The Americans With Disabilities Act:  Its Effect On Major Disabilities In The Workplace," in Massachusetts Continuing Legal Education, Best of  Massachusetts Continuing Legal Education Journal, 1992 and in Massachusetts Bar Association, Employment Law:  Current Issues and Trends, 1991

"Recent Developments Under Chapter 151B," with Hyndman, C. H., in Massachusetts Bar Association, Employment Law:  Current Issues and Trends, 1991

"Common Law and Miscellaneous Statutory Wrongful Termination Claims," with Hyndman, C. H., in Massachusetts Bar Association, Employment Law:   Current Issues and Trends, 1991

"Civil Rights Claims Under State Law," in ALI-ABA,
Employment Discrimination and Civil Rights Actions in Federal and State  Courts, 1991

"Contacting Employees Of An Adverse Corporate Party," in National Employment Lawyers Association, Proceedings of Annual Meeting, 1991

"Constructive Discharge Standards Under Federal Law (1991 Supplement)," with Baker, K.G., in Tobias, P., ed., Litigating Wrongful Discharge Claims (Callaghan & Co.), 1991 Supplement

"Challenging Employee Layoffs:  A Plaintiff's Perspective," in Boston Bar  Association, 4th Annual Spotlight On Employment Law, 1991

"Recent Developments In Massachusetts Discrimination Law," in Massachusetts Academy of Trial Attorneys, Trial Practice & Procedure: Employment & Labor Law, 1990

"Summary Judgment Standards In The First Circuit," with Baker, K.G., in Boston Bar Association, Summary Judgment In Employment Cases, 1990

"Employment Contract Claims," with Owens, R. and Rodrigues, L., in Walsh, M.C., ed., A Judicial Guide To Labor And Employment Law (Lawyers Weekly Publications, 1990)

"Wrongful Termination Claims," with Owens, R. and Rodrigues, L., in

Ellen J. Messing
Page 15

Walsh, M.C., ed., A Judicial Guide To Labor And Employment Law (Lawyers Weekly Publications, 1990)

"Litigating Section 1981 Cases After Patterson," in Massachusetts Academy of Trial Attorneys, Trying Employment Discrimination Cases After the 1989 Supreme Court Decisions, 1989

"Supreme Court Employment Decisions, 1988-89 Term," in Massachusetts Continuing Legal Education, Employment Discrimination Law After the Deluge, 1989

"An Outline of Employer Obligations Under State and Federal Anti-Discrimination Law and Massachusetts Common Law," in Massachusetts Continuing Legal Education, Fundamentals of Corporate Operation, 1988 (revised 1989)

"Defamation Claims in Massachusetts Against Plaintiff's Employer or Former Employer," in Massachusetts Bar Association, Ninth Annual Conference On Emerging Topics in Employment Law, 1988

"Application Of MCAD Probable Cause Standard To A Hypothetical Case - Complainant's Viewpoint," with Alper, J., in Massachusetts Continuing Legal Education, Third Annual New England Employee Relations Conference, 1988

"Sample Annotated Complaint in a Sexual Harassment Case," with Baker, K.G., in Massachusetts Academy of Trial Attorneys, Wrongful Termination: Overview of Massachusetts Law and Update, 1988

"Constructive Discharge Standards Under Federal Law," in Tobias, P., ed., Litigating Wrongful Discharge Claims (Callaghan & Co., 1987)

"Theories of Common-Law Recovery for Employer Negligence," with Shilepsky, N., in Tobias, P., ed., Litigating Wrongful Discharge Claims (Callaghan & Co., 1987)

"Seabrook's Financial Crisis: Effects on Municipal Utilities," 13 MASS. LAW. WEEKLY 17, 48 (September 24-October 1, 1984)

"Northeast Low-Level Radioactive Waste Compact: A Proposed Redraft." (with J. Kenyon and R. Ritchie) September, 1983

"Confidentiality Issues in Title III Reporting," 7 NSCLC WASH. WEEKLY No. 23 at 4 (June 5, 1981), reprinted in 3 A.B.A. BIFOCAL No. 2 at 4 (June, 1981)

Ellen J. Messing
Page 16

| | |
|---|---|
| PROFESSIONAL ACTIVITIES & RECOGNITIONS | Invited Participant, "A Forum for Understanding and Comment on the Proposed Federal Rules Amendments," Institute for the Advancement for The American Legal System, December 2013 (national meeting of experienced Federal Court practitioners called to discuss and critique proposed amendments to the Federal Rules of Civil Procedure)

Listed in Band 1 by <u>Chambers USA</u> under "Labor & Employment: Mainly Plaintiffs Representation - Massachusetts" Cited as "tenacious" and "strong advocate for her clients," 2014

Recognized by Massachusetts Super Lawyers annually from 2004 to the present, ; listed in the Top 50 Female Super Lawyers in the state for 2004-2005, 2009-2012

Ranked by U.S. News/Best Lawyers "Best Law Firms" in Tier 1 of Boston for Labor & Employment Litigation Firms (2013 Edition – Present); Employment Law – Individuals (2014 Edition – Present); and Labor Law – Union (2016 Edition – Present)

Listed in <u>Best Lawyers in America</u> under "Litigation – Labor & Employment" practice area from 2012 to the present

Martindale-Hubbell – AV-Preeminent rating

Included in Lawdragon's inaugural 500 Leading Plaintiff Employment Lawyers Guide, 2018

Awarded the Visionary Pro Bono Service Award from Massachusetts Employment Lawyers Association (MELA), 2018

Co-Chair, Boston Bar Association Professional Ethics Committee, 2000 - 2002, 2013-2015 (member, 1993 - present)

Fellow, College of Labor and Employment Lawyers, 2000 - present

Neutral Arbitrator, American Arbitration Association Panel, New England, 1997 - 2014

Executive Board Member, National Employment Lawyers Association, 1992 - 2006

Member, National Employment Lawyers Association Executive Board Nominating Committee, 2006 - present

Co-Chair, Ethics and Sanctions Committee, National Employment Lawyers Association, 1993 - 2015; Member, 1990 – present

Member, Federal Rules Task Force, National Employment Lawyers |

Ellen J. Messing
Page 17

Association; Committee Representative, Meeting of the Advisory
Committee on Civil Rules, Ann Arbor, MI, March 2012

Member, Ad Hoc Committee on Pattern Discovery in Federal Employment
Cases, Institute for the Advancement of the American Legal System, 2010
- present

Member, Advisory Council to the American Bar Association's
Commission on Evaluation of the Rules of Professional Conduct (Ethics
2000 Commission), 2000 - 2002

President, Massachusetts Employment Lawyers Association, 1992-1997
President, 1995 - 96; President - Elect, 1994-95; and Program Director,
1992 -
1994, Boston Inn of Court; Member, 1990 - 2004

Chair, Massachusetts Bar Association Labor & Employment Law Section,
1991 - 92

Vice-Chair, Massachusetts Bar Association Labor & Employment Law
Section, 1990 - 91

Member, Massachusetts Bar Association Labor and Employment Law
Section Council, 1989 - 1993; 2004 - present

Member, Massachusetts Continuing Legal Education Curriculum
Advisory Committee, 2000 - present

Co-Chair, Massachusetts Bar Association Labor and Employment Law
Section Ethics Committee, 1988 - 1993

Member, Boston Bar Association Labor Law Section Continuing Legal
Education Committee, 1990 - 1992

Member, Massachusetts Bar Association Brown Bag Lunch Committee,
2006 - present

Member, Massachusetts Bar Association (Individual Rights and Labor
Law sections); Boston Bar Association; Women's Bar Association of
Massachusetts; National Employment Lawyers Association;
Massachusetts National Employment Lawyers Association; Boston Inn
of Court

PRESENTATIONS     Panelist, "The Interactive Process Under the ADA," Massachusetts
Continuing Legal Education (February 2019)

Panelist, "Ethics: When Your Client Is More Difficult Than Opposing
Counsel," MWELA 2019 Annual Conference (January 2019)

Ellen J. Messing
Page 18

Panelist, "Employment and Labor Law Basics," Massachusetts Continuing Legal Education (September 2000, October 2002, October 2007, October 2008, November 2011, November 2012, November 2013, November 2014, November 2015, November 2016, November 2018)

Panelist, "'1st Look' at the Colorado Bakery Case and Its Implications for Public Accommodations & Workplaces," Massachusetts Continuing Legal Education Seminar (July 2018)

Panelist, "Ethical Pitfalls for Plaintiffs' Employment Lawyers" National Employment Lawyers Association 2018 Annual Convention (June 2018)

Panelist, "Employment Discrimination Claims for Clients with Mental Health Challenges: Reasonable Accommodations, Intersectionality, and Trial Skills," Mental Health Legal Advisors Committee (MHLAC) Conference (June 2018)

Panelist, "Handing Employer Documents in Discrimination Cases While Staying Out of Trouble," National Employment Lawyers Association Convention (June 2017)

Panelist, 38th Annual Labor & Employment Spring Conference, Massachusetts Bar Association (May 2017)

Panelist, "How to Use Employer Information Ethically, *Verdrager* – A First Look," Massachusetts Continuing Legal Education Seminar (July 2016)

Panelist, "Executive Employment Agreements: Scope of the Relationship and Compensation Arrangements," National Business Institute Executive Employment Law Seminar (June 2016)

Panelist, "Legal Considerations: Protecting the Employer and the Employee," with Valerie Samuels, Massachusetts Health Council Our Workplaces and the Opioid Epidemic: What We Need to Know, What We Can Do (June 2016)

Panelist, "Employment Law Update," Massachusetts Bar Association Labor and Employment Law Spring Conference (May 2016)

Panelist, "Combatting Retaliatory Counterclaims and Countersuits," National Employment Lawyers Association, Reining In Retaliation and Winning Whistleblower Cases (April 2016)

Panelist, "Ethics Issues Facing Plaintiffs' Employment Lawyers," Massachusetts Employment Lawyers Association Meeting (February

Ellen J. Messing
Page 19

2016)

Panelist, "Discrimination Law Update," Massachusetts Continuing Legal Education Employment Law Conference (December 2015)

Panelist, "Dealing With Difficult People," National Employment Lawyers Association Annual Convention (June 2015)

Panelist, "Best Practices for Managing Religious Diversity in the Workplace," American Bar Association Annual Meeting (August 2014)

Moderator and Speaker, "Mediation: Dos and Don'ts From the Experts," National Employment Lawyers Association Annual Convention (June 2014)

Panelist, "Ethical Considerations in Handling Whistleblower & Retaliations Claims," National Employment Lawyers Association Fall Seminar (October 2013)

Moderator and Panelist, "Winning with Written Discovery," National Employment Lawyers Association Annual Convention (June 2013)

Panelist, "How to Use Employer's Information Ethically," Metropolitan Washington Employment Lawyers Association Annual Conference (February 2013)

Panelist, "Thorny Legislative Changes: Dodd-Frank; CORI; and the Medicare Secondary Payer Act," Massachusetts Continuing Legal Education 15th Annual Employment Law Conference (December 2012)

Panelist, "Fitness for Duty Evaluations – A Legal Perspective," New England College of Occupational and Environmental Medicine Annual Conference ( November 2012)

Panelist, "Taking Advantage of the New Discovery Protocols for Adverse Actions in Employment Cases," National Employment Lawyers Association Annual Convention (June 2012)

Panelist, "Ethical Considerations in Alternative Dispute Resolution," National Employment Lawyers Association Spring Seminar (March 2012)

Panelist, "Megatrends and Freakanomics of ADR," American Bar Association Section of Labor and Employment Law Annual Conference (November 2011)

Panelist, "New Developments in Mediation and Arbitration," College of Labor and Employment Lawyers Regional Meeting (October 2011)

Ellen J. Messing
Page 20

Panelist, "Fair Pay For Hard Work: Creative Fee Structures And Thorny Fee Issues," National Employment Lawyers Association Annual Convention (July 2011)

Panelist, "New Strategies For Defeating Summary Judgment," National Employment Lawyers Association 7th New England Regional Conference (May 2011)

Chair and Panelist, "It's (Past) Time To Update That Contingent Fee Agreement: Navigating The 'New' Rule 1.5," Boston Bar Association, Brown Bag Lunch (March 2011)

Panelist, "Direct Examination," National Employment Lawyers Association Spring Seminar (March 2011)

Presenter, "Changes To Rules Governing Contingent Fee Agreements," Massachusetts Employment Lawyers Association Meeting (February 2011)

Panelist, "Employment ADR Programs In The Changing Legal Landscape: What You Should Know," Boston Bar Association, Brown Bag Lunch (January 2011)

Panelist, "Social Media in the Workplace," Boston Bar Association Labor and Employment Law Section, Brown Bag Lunch (November 2010)

Panelist, "Forced Arbitration-Techniques For Success," National Employment Lawyers Association Annual Convention (June 2010)

Co-Chair and Panelist, "Ethical Quandaries Employment Lawyers Encounter Daily," Massachusetts Continuing Legal Education Seminar (June 2010)

Panelist, "Help! Protect Me From My Employment Clients," Massachusetts Continuing Legal Education Seminar (June 2010)

Co-Chair and Panelist, "Effectively Using and Excluding Evidence in Employment Cases," Massachusetts Continuing Legal Education Seminar (May 2010)

Panelist, "Retainer Agreements: Practical Pointers and Ethical Perils," Metropolitan Washington Employment Lawyers Association Seminar (March 2010)

Panelist, "Quandaries and Queries: Ethical Issues Facing Today's Employment Lawyers," ABA Section of Labor and Employment Law Seminar (March 2010)

Ellen J. Messing
Page 21

Panelist, "Teleconference on Social Networking Sites," ABA Section of Labor and Employment Law Seminar (January 2010)

Panelist, "Annual Employment Law Conference," Massachusetts Continuing Legal Education Seminar (December 2008,December 2009)

Panelist, "Surviving Summary Judgment In Employment Litigation," National Employment Lawyers Association Seminar (October 2009)

Panelist, "Health Law Conference," Massachusetts Bar Association Seminar (June 2009)

Panelist, "NELA's Ethics Survival Kit: The Rules, Opinions, And Decisions That All NELA Attorneys Should Have At Their Fingertips," National Employment Lawyers Association Annual Convention (June 2009)

Panelist, "Workplace Investigation: The Good, The Bad, and The Ugly," Massachusetts Bar Association Seminar (April 2009)

Panelist, "Taking And Defending Depositions In Employment Litigation," National Employment Lawyers Association Seminar (March 2009)

Panelist, "Representing Harassment Victims Who Are Still Employed," at National Employment Lawyers Association Seminar (October 2008)

Panelist, "Direct and Cross Examination of Plaintiff's Forensic Psychiatrist and Economist," at American Bar Association Section of Labor and Employment Law Second Annual CLE Conference (September 2008)

Panelist, "Direct Examination of a Forensic Psychologist," American Bar Association Section of Labor and Employment Law Annual Conference (September 2008)

Panelist, "Insurance Coverage in Employment Cases," National Employment Lawyers Association Annual Convention (June 2008)

Panelist, "Workplace Privacy: Unclear But Present Danger," American Bar Association Webinar (June 2008)

Panelist, "Ethical Issues in Witness Preparation and Coaching," National Organization of Lawyers for Education Associations Annual Conference, (May 2008)

Panelist, "Electronic Discovery in Employment Cases," Massachusetts

Continuing Legal Education Seminar (May 2008)

Panelist, "Judicially Imposed Sanctions: A Troubling Issue in Discrimination Cases," American Bar Association National Conference on Professional Responsibility (May 2008)

Panelist, "Direct Examination for the Plaintiff's Lawyer," National Employment Lawyers Association Seminar (March 2008)

Chair, "Employment Law Trial Skills Master Class," Massachusetts Continuing Legal Education Seminar (March 2008)

Panelist, "Mental Disabilities Under the Americans with Disabilities Act," Massachusetts Bar Association (November 2007)

Panelist, "Negotiating Employment Agreements, Severance Agreements and Releases," American Bar Association Section of Labor and Employment Law Annual Conference (November 2007)

Panelist, "Harassment Claims in Employment Cases," Massachusetts Continuing Legal Education Seminar, (December 2006)

Program Chair, "Survival of Claims After Gasior," Massachusetts Bar Association Continuing Legal Education Seminar (October 2006)

Panelist, "The Care and Feeding of Witnesses," National Employment Lawyers Association Annual Convention (June 2007)

Panelist, "Use and Abuse of Medical Records in Employment Cases: Mock Argument," Massachusetts Bar Association Labor and Employment Law Conference (May 2007)

Panelist, "Practical Strategies for Avoiding Conflicts," Suffolk University Law School Center for Advanced Legal Studies (May 2007)

Panelist, "Representing Difficult Clients in Employment Cases: Understanding the Issues, Strategizing Solutions," Massachusetts Bar Association Seminar (April 2007)

Panelist, "Employment Law Boot Camp," Massachusetts Continuing Legal Education Seminar (March 2007)

Panelist, "Introduction to Employment Law Issues," Massachusetts Continuing Legal Education Seminar, (October 2005, October 2006,)

Panelist, "27th Annual Labor & Employment Law Spring Conference," Massachusetts Bar Association Continuing Legal Education Seminar (June 2006)

Ellen J. Messing
Page 23

Plenary Speaker, "Lessons Learned From Hard Fought Battles," National Employment Lawyers Association Annual Convention (June 2006)

Moderator, "Document Dilemmas and Multi-Plaintiff Mazes:  Avoiding Common Ethical Pitfalls," National Employment Lawyers Association Annual Convention (June 2006)

Panelist, "Succeeding in the New Millennium – Practical Advice for Your Plaintiff's Employment Practice," New England National Employment Lawyers Association Regional Conference (May 2006)

Panelist, "Tips for Evaluating Employment Cases," Employment Law Basics, Massachusetts Continuing Legal Education Seminar (March 2006)

Co-Chair, "Discovery and Evidence Issues for the Employment Lawyer," Massachusetts Bar Association Seminar (September 2005)

Moderator, "A View from the Bench," Massachusetts Employment Lawyers  Association Seminar (January 2005)

Panelist, "Impact Litigation:  Ethical Issues in Representing Workers in Class,  Collective and Multiple Plaintiff Actions," National Employment Lawyers  Association, Impact Litigation Conference (2005)

Panelist, "What Every Lawyer Should Know About Arbitration," Massachusetts Continuing Legal Education Conference (October 2004)

Panelist, "Common Ethical Dilemmas for Labor and Employment Lawyers," 37th Annual Pacific Coast Labor and Employment Law Conference (May 2004)

Panelist, "Proving and Defending Damages Claims in Discrimination Cases," Massachusetts Continuing Legal Education Seminar (December 2004)

Panelist, "Litigating in the Wake of the Enron Flood:  Regulatory Issues a Year After the Sarbanes-Oxley Act," Massachusetts Continuing Legal Education Seminar (July 2003)

Panelist, "Employment Discrimination and Civil Rights Actions in Federal  and State Courts," ALI-ABA Seminar (May 1997,May 2003)

Speaker, "Ethical Issues Involved in the Representation of School Employees & Associations," National Organization of Lawyers for

Ellen J. Messing
Page 24

Education  Association Annual Conference (May 2003)

Moderator and Panelist, "'Freeze Frame' Mock-Trial" National
Employment  Lawyers Association Annual Convention (June 2003)

Panelist, "The Nuts & Bolts of Employment Arbitration," Massachusetts
Continuing Legal Education Seminar (January 2003)

Panelist, "What Makes a Successful Motion in Limine," Annual Meeting,
ABA Section of Labor and Employment Law (2003)

Panelist, "Employment Law Conference 2002," Massachusetts
Continuing  Legal Education Seminar (December 2002)

Co-Chair and Panelist, "Evidentiary Issues for the Plaintiff's Employment
Lawyer," National Employment Lawyers Association Seminar (October
2002)

Instructor/Critiquer, Trial Advocacy Workshop, Massachusetts Continuing  Legal
Education Seminar (August 1999, July 2001, July 2002),
Panelist, "Executive Compensation," National Employment Lawyers
Association Annual Convention (June 2002)

Panelist, "Common Ethical Issues Arising in Employment Cases,"
Massachusetts Bar Association Seminar (June 2002)

Panelist, "Representing Indigent Defendants in Federal Court,"
Massachusetts  Continuing Legal Education Seminar (June 2002)

Panelist, "Rule 4.2 in Massachusetts," Boston Bar Association Seminar
(May  2002)

Chair, "MCAD Mock Trial; Age and Handicap Discrimination,"
Massachusetts Continuing Legal Education Seminar (April 2002)

Panelist, "Mandatory Arbitration In Massachusetts," Massachusetts Bar
Association 23rd Annual Labor and Employment Law Spring Conference
(April 2002)

Panelist, "Executive Compensation and Severance Agreements,"
Massachusetts Bar Association Seminar (March 2002)

Speaker, "Ethics Issues In Employment Cases," Maine Employment
Lawyers  Association Meeting (December 2001)

Panelist, "Challenging Evidentiary Issues," Massachusetts Continuing
Legal  Education Seminar (October 2001)

Panelist, "The Life-Cycle of the Employment Relationship," Employment Law Basics, Massachusetts Continuing Legal Education Seminar (October 2001)

Panelist, "Evidence with Employment Law Experts," Massachusetts Continuing Legal Education Seminar (September 2001)

Panelist, "Understanding Executive Compensation Packages," Annual Meeting, ABA Section of Labor and Employment Law (August 2001)

Panelist, "Advanced Negotiation Skills," National Employment Lawyers Association Annual Convention (June 2001)

Panelist, "Representing Indigent Clients in Federal Court," Massachusetts Continuing Legal Education Seminar (June 1998, June 2001)

Panelist, "Hot Employment Issues in a Cooling Economic Climate," Massachusetts Continuing Legal Education Seminar (May 2001)

Chair, "MCAD Mock Trial: Sexual Harassment," Massachusetts Continuing Legal Education Seminar (April 2001)

Panelist, "Common Mediation Mistakes and How to Avoid Them," National Employment Lawyers Association Convention Workshop (June 2000)

Panelist, "Cross-Examination of Human Resources Witnesses in Employment Cases," 33rd Annual Pacific Coast Labor and Employment Law Conference (May 2000)

Chair, "MCAD Mock Trial: Race and Sex Discrimination and Retaliation," Massachusetts Continuing Legal Education Seminar (April 2000)

Panelist, "Employment Law for the Trial Lawyer," Connecticut Trial Lawyers Association Seminar (October 1999)

Panelist, "Employment Law in Massachusetts," Human Resource Institute Seminar (September 1999)

Panelist, "The Game of Legal Twister: Successfully Identifying and Handling Ethical Dilemmas in Employment Litigation," America Bar Association Labor and Employment Section Annual Convention Program (August 1999)

Panelist, "Ethical Issues in Plaintiffs' Employment Law," National Employment Lawyers Association Annual Convention Workshop (July

Ellen J. Messing
Page 26

1999)

Panelist, "Employment Law Roundtable," North Carolina National Employment Lawyers Association (April 1999)

Chair and Panelist, "MCAD Mock Trial: Disability Discrimination," Massachusetts Continuing Legal Education Seminar (April 1999)

Chair and Panelist, New England National Employment Lawyers Association  Regional Conference (April 1999)

Panelist, "Gender Discrimination in the Workplace," National Employment  Lawyers Association Seminar (March 1999)

Panelist, "Bulletproofing Clients from Sexual Harassment Claims," Massachusetts Continuing Legal Education Seminar (December 1998)

Panelist, "Ex Parte Contacts with Corporate Employees," Boston Bar Association Seminar (November 1998)

Panelist, "Emerging Issues in Employment Discrimination Litigation," American Bar Association Tort and Insurance Practice Seminar (October 1998)

Panelist, "Ethical Issues in Sexual Harassment Cases," American Bar Association - Continuing Legal Education, National Institute on Sexual Harassment Seminar (October 1998)

Co-Chair and Panelist, "Judgment Calls: What the New Developments In Sexual Harassment Law Mean to Your Practice," Suffolk University Law School Seminar (September 1998)

Panelist, "Disability Rights for Hard of Hearing People," Self-Help for the Hard of Hearing Annual Convention (June 1998)

Panelist, "The American with Disabilities Act," Self-Help for the Hard of Hearing Annual Convention (June 1998)

Panelist, "Attorneys Fees Agreements and Ethical Considerations," National Employment Lawyers Association Annual Convention (June 1998)

Panelist, "Women's Employment Law Issues," Media One Cable Television Show (June 1998)

Panelist, "Motion Argument in a Discrimination Case," Employee Rights and Responsibilities Committee, American Bar Association Labor and Employment Section Seminar (March 1998)

Ellen J. Messing
Page 27

Chair and Panelist, "Mock Trial of an MCAD Age and Sex Discrimination Case," Massachusetts Continuing Legal Education Seminar (December 1997)

Panelist, "Settlement Issues in Employment Discrimination Cases," Massachusetts Bar Association Seminar (November 1997)

Instructor/Critiquer, Advanced Trial Advocacy Workshop, Massachusetts Continuing Legal Education Seminar (August 1997)

Co-Chair and Panelist, "Privacy in the Workplace," MetroWest Center for Continuing Education Seminar (April 1997)

Chair and Panelist, "Mock Trial of an MCAD Racial and Sexual Harassment Case," Massachusetts Continuing Legal Education Seminar (November 1996)

Panelist, "Bringing and Defending Sexual Harassment Cases," Massachusetts Continuing Legal Education Seminar (November 1996)

Panelist, "Fact Finding in Sexual Harassment Cases," American Arbitration Association 18th Summer Conference (July 1996)

Instructor/Critiquer, Annual Trial Advocacy Institute, Massachusetts Continuing Legal Education Seminar (August 1986, August 1988, August 1989, August 1990, August 1994, July 1995, July 1996,)
Panelist, "ADA, FMLA and Worker's Compensation," Massachusetts Continuing Legal Education Seminar (June 1996)

Co-Chair and Panelist, "The Employee Who Sues and Stays," Boston Bar Association Seminar (June 1996)

Panelist, "Innovative Dispute Resolution Methods in Sexual Harassment Cases," Society of Professionals in Dispute Resolution Seminar (May 1996)

Chair and Panelist, New England NELA Regional Conference (May 1996)

Chair and Panelist, "Drafting Termination Documents," Massachusetts Continuing Legal Education Seminar (April 1996)

Panelist, "Documenting the Hiring Process," Massachusetts Continuing Legal Education Seminar (March 1996)

Chair and Panelist, "Mock Trial of An MCAD Disability Discrimination Case" (December 1995)

Ellen J. Messing
Page 28

Panelist, "Investigating Sexual Harassment Complaints," Massachusetts Bar Association Seminar (December 1994)

Panelist, "Mock Trial Of An Age Discrimination Case," Massachusetts Continuing Legal Education Seminar (November 1994)

Panelist, "Reasonable Accommodation Under The ADA," Massachusetts Bar Association Seminar (October 1994)

Panelist, "Workers' Compensation And Employment Law," Massachusetts Continuing Legal Education Seminar (August 1994)

Panelist, "Mediation Of An Employment Discrimination Claim," Society of Professionals in Dispute Resolution Seminar (June 1994)

Panelist, "Law And Feminism," Suffolk University Law School Seminar (April 1994)

Panelist, "Second Annual Employment Law Conference," Massachusetts School Of Law Seminar (April 1994)

Co-Chair and Panelist, "Motions To Dismiss And Summary Judgment In Employment Cases," Boston Bar Association Seminar (February 1994)

Panelist, "Reasonable Accommodations In Handicap Discrimination Cases," Massachusetts Bar Association Seminar (February 1994)

Panelist, "When The Worker Cannot Work: Unemployment Compensation, Workers Compensation and Employment Law," Massachusetts Bar Association Mid-year Meeting (January 1994)

Panelist, "Charting The Changes," Massachusetts Defense Lawyers Association Seminar (December 1993)

Chair and Panelist, "Mock Trial Of An Massachusetts Commission Against Discrimination Sexual Harassment Case," Massachusetts Continuing Legal Education Seminar (November 1993)

"Legal Issues Affecting Older Job Seekers," Sixty Plus Club Seminar (November 1993)

Panelist, "Implementing The Family Medical Leave Act," National Center For Continuing Education Seminar (October 1993)

Panelist, "Age Discrimination In Employment," Massachusetts Bar Association Seminar (October 1993)

Ellen J. Messing
Page 29

Panelist, "Workers Compensation And Employment Law," Massachusetts Bar Association Seminar (September 1993)

Panelist, "How To Settle Your MCAD Case," Massachusetts Commission Against Discrimination Seminar (August 1993)

Panelist, "Settling Your MCAD Case: A Practical Guide To Strategy And Tactics," Massachusetts Continuing Legal Education Seminar (June 1993)

Panelist, "First Annual Employment Law Conference," Massachusetts School of Law Seminar, (April 1993)

Panelist, "Investigating A Sexual Harassment Complaint," Massachusetts Commission Against Discrimination Seminar (March 1993)

Panelist, "Pretext Plus In Employment Discrimination Cases," Massachusetts Bar Association Seminar (March 1993)

Panelist, "How To Try A Discrimination Case To A Jury," Suffolk University Law School Seminar (February 1993)

Panelist, "Evidentiary Issues In Employment Cases," Massachusetts Bar Association Seminar (November 1992)

Panelist, "The New 1991 Civil Rights Act," Council On Education In Management Seminar (November 1992)

Panelist, "Mock Trial In A Sexual Harassment Case," Council On Education In Management Seminar (November 1992)

Panelist, "New Local Rules Under The Federal Civil Delay Reduction Plan," Boston Inn Of Court Seminar, October 1992

Panelist, "Motions To Dismiss In Employment Cases," Boston Bar Association Seminar (September 1992)

Panelist, "Use Of Depositions In Employment Litigation," Massachusetts Continuing Legal Education Seminar (August 1992)

Workshop Leader, "Ethics In A Winning Strategy: Putting Legal Ethics To Work In Litigation," National Employment Lawyers Association Annual Meeting Workshop (June 1992)

Panelist, "Affirmative Action In The Nineties," American Society For Training And Development Seminar (March 1992)

Panelist, "Protecting Your Rights In The Workplace," Radcliffe College

Ellen J. Messing
Page 30

Panel (March 1992)

Panelist, "Sexual Harassment," Labor Relations Information System
Seminar (March 1992)

Panelist, "Sexual Harassment," Massachusetts Association For Law-
Related Education Seminar (March 1992)

Panelist, "The Americans With Disabilities Act," Massachusetts
Continuing Legal Education Seminar (March 1992)

Co-Chair and Panelist, "Fifth Annual Spotlight on Employment Law,"
Boston Bar Association Seminar (February 1992)

Panelist, "Mock Trial In A Wrongful Termination Case," Massachusetts
Bar Association Seminar (February 1992)

Panelist, "Overqualified: Is This Label Impeding Your Job Search?,"
Radcliffe College Panel (December 1991)

Panelist, "Employment Law: Current Issues and Trends," MBA Labor
Law Section Seminar (November 1991)

Panelist, "The Americans with Disabilities Act," National Employment
Lawyers Association Seminar (November 1991)

Panelist, "Hot Issues In Discovery," Massachusetts Bar Association Civil
Litigation and Labor Law Section Seminar (October 1991)

Panelist, "Contacting Employees Of An Adverse Corporate Party,"
Boston Inn of Court Seminar (October 1991)

Panelist, "Disabilities In The Workplace: Rights Of Employee and
Employer," MBA Labor Law Section Seminar (September 1991)

Panelist, "Civil Rights Claims Under State Law," ALI-ABA Seminar
(August 1991)

Speaker, "Communicating with Employees of an Adverse Corporate
Party," National Employment Lawyers Association Annual Meeting
(June 1991)

Co-Chair, "Joint Representation in Employment Cases," Massachusetts
Bar Association Labor Law Section Ethics Committee Brown Bag Lunch
(March 1991)

Co-Chair and Panelist, "Fourth Annual Spotlight on Employment Law,"
Boston Bar Association Seminar (February 1991)

Ellen J. Messing
Page 31

Panelist, "Trial Practice & Procedure:  Employment & Labor Law,"
Massachusetts Academy of Trial Attorneys (October 1990)

Moderator and Panelist, "Summary Judgment in Employment Cases:  A
View From The Bench," Boston Bar Association Seminar (September
1990)

Panelist, "Trying Employment Discrimination Cases After The 1989
Supreme Court Decisions," Massachusetts Academy of Trial Attorneys
seminar (December 1989)

Co-Chair, "Employment Discrimination Law After The Deluge",
Massachusetts Continuing Legal Education seminar (November 1989)

Co-Chair, "Client Perjury", Massachusetts Bar Association Labor Law
Section Ethics Committee Brown Bag Lunch (October 1989)

Panelist, "Employment Law For The Corporate Practitioner,"
Massachusetts  Continuing Legal Education seminar (October 1989)

Panelist, "Recent Decisions In Employment Discrimination Law",
Massachusetts Continuing Legal Education audiotape (August 1989)

Chair and Panelist, "Settlement Of Wrongful Termination Cases,"
Massachusetts Plaintiffs Employment Lawyers Association seminar (June
1989)

Chair and Panelist, "The Massachusetts Civil Rights Act After Redgrave
and  Bally," Massachusetts Bar Association seminar (May 1989)

Panelist, "Wrongful Termination Overview," Massachusetts Bar
Association  Mid-Winter Meeting (January 1989)

Panelist, "Basic Employment Law for the Corporate Practitioner,"
Massachusetts Continuing Legal Education seminar (November 1988)

Panelist, "Surviving Motions to Dismiss and Drafting the Complaint,"
Massachusetts Academy of Trial Attorneys seminar (October 1988)

Panelist, "Avoiding Legal Malpractice in a Plaintiff's Labor Law
Practice,"  Massachusetts Bar Association Annual Meeting (June 1988)

Panelist, "Complainant's Perspective on MCAD Probable Cause
Standards,"  Massachusetts Continuing Legal Education Third Annual
New England  Employee Relations  Conference (May 1988)

Panelist, "Impossible Problems in Labor Law Practice," Massachusetts

Ellen J. Messing
Page 32

Bar  Association seminar (April 1988)

Panelist, "Women in Litigation," Massachusetts Academy of Trial Attorneys  seminar" (November 1987)

Co-Chair, "Wrongful Termination Workshop:  Avoiding Motions to Dismiss," Plaintiffs Employment Lawyers Association seminar (November  1987)

Panelist, "Developments Under The Anti-Discrimination Statutes," Plaintiffs Employment Lawyers Association seminar (November 1987)

Panelist, "Communicating with Employees of an Adverse Corporate Party under DR 7-104 (A)(1)," Boston Bar Association seminar (January 1987)

Panelist, "Discovery Strategies and Tactics," Plaintiffs Employment Lawyers Association  seminar (April 1986)

Panelist, "Communicating with Employees of an Adverse Corporate Party in Employment Litigation," Massachusetts Bar Association symposium  (February 1986)

Panelist, "Legal Options for Municipal Utilities with Seabrook Investments," Boston Utility Bond Analysts Forum (November 1984)

Panelist, "Legal Status of State and Local Regulation of Nuclear Waste Transport," Midwest Conference on Radioactive Waste (May 1983)

Panelist, "Testimony Regarding House Bill 4945" (regulating radioactive waste transport), Public Health Committee and Radioactive Materials Subcommittee of Michigan House of Representatives (December 1981)

General counsel and litigation counsel to various environmental organizations in Massachusetts and Michigan 1979-1986

Director, Energy Education, Inc., 1980-1985

Director, Massachusetts Nuclear Referendum Committee, 1984-1987

PROFESSIONAL
EMPLOYMENT

MESSING, RUDAVSKY & WELIKY, P.C., Newton, MA
(current) Practice concentrates in civil litigation in areas of common-law and  statutory employment rights, employment discrimination, civil rights, and  business litigation in state and federal courts.

STERN AND SHAPIRO, Boston, MA (1986-1988) WESTWATER AND HERNANDEZ, Boston, MA (1985-1986) SCHREIBER AND ASSOCIATES, Boston, MA (1983-1985)

Ellen J. Messing
Page 33

Of counsel.  Practice emphasized trial and appellate civil litigation, primarily in employment matters and business torts.

LAW OFFICES OF ELLEN J. MESSING, Boston, MA (1979-1980) Sole proprietor.  Practice focused on representation, as special counsel, of caucus of state legislators and of citizen group in two year-long multi-party adjudicatory proceedings before Massachusetts Public Utilities Commission.  Representation opposed, through expert testimony, utilities' positions on demand forecasting and on economic and financial merits of nuclear investments.

SOUTHEASTERN MASSACHUSETTS LEGAL ASSISTANCE CORP.,
New Bedford, MA (1978-1979) Staff attorney. Initiated impact litigation; represented indigent clients in civil cases; supervised all law students employed in office.

MASSACHUSETTS DEPARTMENT OF PUBLIC UTILITIES, Boston, MA (1977-1978) Staff counsel.  Presided at adjudicatory hearings and drafted decisions on customer service policies, utility investments, and utility rates; drafted consumer information manual on ratesetting.

BAR ADMISSIONS        Admitted Supreme Judicial Court of Massachusetts, 1977; U.S. District Court, District of Massachusetts, 1980; U.S. Court of Appeals, First Circuit, 1994