# ATTACHMENT 3





# MASSACHUSETTS LAWYERS WEEKLY

# 100

**LARGEST LAW FIRMS IN MASSACHUSETTS**

——— 2019 ———

**Paralegals/Support Staff:** 8 Paralegals, 30 Support Staff
**Total Attorneys (Worldwide):** 67

## 54
**38 LAWYERS**

### DAY PITNEY
1 International Place
Boston 02110
(617) 345-4600

**MA Attorneys:** 38 (23 male, 15 female)
**Total Attorneys (Worldwide):** 302
*Information obtained from firm's website

## 54
**38 LAWYERS**



### LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston 02210
(617) 439-4990
(617) 439-3987
www.Lawson-weitzen.com
Founded 1973



**RICHARD B. WEITZEN, ESQ.**

### MANAGING PARTNER
Richard B. Weitzen

### MISSION STATEMENT
Lawson & Weitzen, LLP offers timely, effective and quality services performed by skilled and experienced lawyers at fair and affordable fees with an innovative, client-friendly operating structure. Our firm has a well-established reputation for excellence within the New England business and legal communities. We are a partner-oriented firm whose foundation is personal service. Firm attorneys provide representation in a broad range of matters for national companies, financial institutions, successful private and family owned closely held businesses, municipalities, families and individuals. Our attorneys represent clients in trials and appeals at all levels of the Federal and State court systems in both civil and criminal matters. Lawson & Weitzen, LLP partners manage each case individually, tailoring the staffing to the circumstances and ensuring a streamlined, knowledgeable response that maximizes results and client satisfaction. Partners take personal charge, work one-on-one with clients, listen to their clients' concerns, help clients define their objectives and manage the delivery of legal services efficiently. Our goal is always to solve client issues in the most effective, cost-efficient manner. Lawson & Weitzen, LLP offers all the advantages of larger, multi-service practices, with the responsive, personal attention today's clients expect. Lawson & Weitzen, LLP prides itself on having delivered excellent lawyering and great client relations for over four decades, which in turn has made both our clients and firm successful

### AREAS OF PRACTICE
Administration
Admiralty/Maritime
Alternative Dispute Resolution
Business/Corporate
Construction
Criminal Defense
Dram Shop Law
Education
Energy/Environmental/Regulatory
Family & Probate/Domestic Relations
Financial Services/Institutions
General Tort Law
Governmental Regulations & Affairs/Public
Health Care/Life Sciences
Hotel & Restaurant
Insurance
Intellectual Property
Labor, Employment & Employee Benefits
Litigation
Mergers & Acquisitions
Nonprofit Organization
Personal Injury
Premises Liability
Products Liability
Professional Liability/Medical Malpractice
Projects/Municipal
RICO Actions
Real Estate/Development/Land Use
Trusts & Estates
Workers' Compensation
Workplace Discrimination

### IMPORTANT FIRM CONTACTS
Jeffrey P. Allen
Partner - Civil Litigation, Land Use, Business Litigation, Education
jallen@lawson-weitzen.com

George E. Christodoulo
Partner - Business, Corporate and Mergers and Acquisitions
gchristodoulo@lawson-weitzen.com

J. Mark Dickison
Partner - Complex Civil Litigation, including the varied disciplines of Intellectual Property, Media Law, Alcohol Beverage Regulation, Products Liability, Employment Law, Enviornmental Law, and Commercial Law
mdickison@lawson-weitzen.com

Patricia Lang Farnsworth
Partner - Business and Commercial Law, Mergers and Acquisitions, Business Formation, Employment Law, Alcoholic Beverage Licensing, Retail Food and Hospitality, Banking and Financing and Intellectual Property
tfarnsworth@lawson-weitzen.com

Kenneth B. Gould
Partner - Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Partner - Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Partner - Enviornmental
ghailer@lawson-weitzen.com

Scott P. Lopez
Partner - White Collar Criminal Defense; Federal and Government Litigation
slopez@lawson-weitzen.com

Linda A. Ouellette
Partner - Domestic Relations
louellette@lawson-weitzen.com

Ira H. Zaleznik
Partner - Municipal Law, Complex Litigation and Appeals
izaleznik@lawson-weitzen.com

### MARKETING DIRECTOR
Mary S. Sweeney
Office Manager
msweeney@lawson-weitzen.com

**MA Attorneys:** 38 (24 male, 14 female)
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 4 male, 1 female
**Compensation Committee:** No
**Diversity or Women's Advancement Committee:** No

**New Hires in 2018:** 1 male, 1 female
**Elevations in 2018:** 1 male, 0 female
**Departures in 2018:** 2 male, 3 female
**"Of Counsel" Lawyers:** 0 male, 0 female
**Paralegals/Support Staff:** 10 Paralegals, 13 Support Staff
**Minority Lawyers:** 1 Partner, 1 Non-Partner
**Hourly Billing Rates:** $300. - $650. - partners, $150. - $300. - associates, $75. - $150. - paralegals
**Annual Billable Hours Expected of Associates:** 1850
**Alternative Billing Options Offered:** Yes
**Total Annual Hours Devoted to Pro Bono Representation:** The Firm encourages attorney participation in bar association Reduced Fee Referral Programs and acceptance of State and Federal court appointments in criminal matters on behalf of person in need of legal assistance.
**Dress Policy:** Business Casual Dress Policy
**Backup/Emergency Child Care:** No
**Flextime for Attorneys:** Yes
**Flextime for Part-Time Attorneys:** Yes
**Telecommuting for Attorneys:** Yes
**Telecommuting for Staff:** No
**Flextime for Staff:** Yes
**Flextime for Part-Time Staff:** Yes
**Unique Benefits:**
Comprehensive health, dental and vision
Generous vacation, sick and holiday schedule
401(k) and Tuition Reimbursement
**Total Attorneys (Worldwide):** 40



**54**
**38 LAWYERS**

## SLOANE & WALSH
One Center Plaza, 8th floor
Boston 02108
(617) 523-6010

**MA Attorneys:** 38 (25 male, 13 female)
**Total Attorneys (Worldwide):** 41
*Information obtained from firm's website



## 33 COOLEY LLP
**60 LAWYERS**

500 Boylston Street
Boston 02116
617-937-2300
617-937-2400 (fax)

**MA Attorneys:** 60
**Equity Partners:** N/R
**Number of Non-Equity Partners:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2017:** N/R
**Total Attorneys (Worldwide):** N/R
*Information obtained from firm's website*

## 33 LOCKE LORD
**60 LAWYERS**

111 Huntington Avenue
Boston 02199
617-239-0100
617-227-4420 (fax)

**MA Attorneys:** 40 male, 20 female
**Equity Partners:** 18 male, 2 female
**Number of Non-Equity Partners:** 2 male, 5 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 12 male, 3 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 12 male, 3 female
**New Hires in 2017:** 2 male, 2 female
**Elevations in 2017:** 0
**Departures in 2017:** 5 male, 4 female
**"Of Counsel" Lawyers:** 8 male, 1 female
**Paralegals/Support Staff:** 6 Paralegals, 47 Support Staff
**Minority Lawyers:** 0 Partners, 3 Non-Partners
**Hourly Billing Rates:** average - $806
**Annual Billable Hours Expected of Associates:** 2,000
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2017:** $180,000
**Associates' Starting Salary as of Jan. 1, 2018:** 180,000
**Total Attorneys (Worldwide):** 714

## 35 MCDERMOTT WILL & EMERY LLP
**57 LAWYERS**

28 State Street
Boston 02109
617-535-4000
617-535-3800 (fax)

**MA Attorneys:** 34 male, 23 female
**Equity Partners:** 11 male, 3 female
**Number of Non-Equity Partners:** 14 male, 7 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 14 male, 6 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 4 male, 1 female
**New Hires in 2017:** 2 male, 4 female
**Elevations in 2017:** 5 male, 2 female
**Departures in 2017:** 5 male, 2 female
**"Of Counsel" Lawyers:** 3 male, 3 female
**Paralegals/Support Staff:** 5 Paralegals, 38 Support Staff
**Minority Lawyers:** 2 Partners, 6 Non-Partners
**Annual Billable Hours Expected of Associates:** 2,000
**Associates' Starting Salary as of Fall 2017:** 180,000
**Associates' Starting Salary as of Jan. 1, 2018:** $180,000
**Total Attorneys (Worldwide):** 1120

## 36 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
**55 LAWYERS**

500 Boylston Street
Boston 02116
617-573-4800
617-573-4822 (fax)

**MA Attorneys:** 31 male, 24 female
**Equity Partners:** 9 male, 3 female
**Number of Non-Equity Partners:** 0
**New Hires in 2017:** 5 male, 2 female
**Elevations in 2017:** 2 male, 0 female
**Departures in 2017:** 4 male, 2 female
**"Of Counsel" Lawyers:** 1 male, 0 female
**Paralegals/Support Staff:** 10 Paralegals, 4 Support Staff
**Minority Lawyers:** 0 Partners, 13 Non-Partners
**Total Attorneys (Worldwide):** 1,808

Partners

**Annual Billable Hours Expected of Associates:** We have a bonus hours threshold of 1,950 bonus hours (which includes billable, pro bono, firm as client and up to 25 shadowing hours).

**Alternative Billing Options Offered:** Yes

**Associates' Starting Salary as of Fall 2017:** $180,000

**Associates' Starting Salary as of Jan. 1, 2018:** $180,000

**Total Attorneys (Worldwide):** 1,032 including Law Clerks and Trainee Solicitors

## JONES DAY
**41 LAWYERS**

100 High Street
Boston 02110
617-960-3939
617-449-6999 (fax)

**MA Attorneys:** 27 male, 14 female
**Equity Partners:** 13 male, 6 female
**New Hires in 2017:** 6 male, 1 female
**Elevations in 2017:** 1 male, 0 female
**"Of Counsel" Lawyers:** 2 male, 1 female
**Paralegals/Support Staff:** 5 Paralegals, 12 Support Staff
**Minority Lawyers:** 1 Partner, 4 Non-Partners
**Associates' Starting Salary as of Fall 2017:** $180,000
**Associates' Starting Salary as of Jan. 1, 2018:** $180,000
**Total Attorneys (Worldwide):** 2637

## SLOANE AND WALSH, LLP
**40 LAWYERS**

Three Center Plaza
Boston 02108
617-523-6010
617-227-0927 (fax)

**MA Attorneys:** 27 male, 13 female
**New Hires in 2017:** N/R
**Elevations in 2017:** N/R
**Departures in 2017:** N/R
**Total Attorneys (Worldwide):** N/R
*Information obtained from firm's website*



## LAWSON & WEITZEN, LLP
**40 LAWYERS**

88 Black Falcon Avenue, Suite 345
Boston 02210
617-439-4990
617-439-3987
www.Lawson-Weitzen.com
Founded 1973



**RICHARD B. WEITZEN, ESQ.**

### MANAGING PARTNER
Richard B. Weitzen

### MISSION STATEMENT

Lawson & Weitzen, LLP offers timely, effective and quality services performed by skilled and experienced lawyers at fair and affordable fees with an innovative, client-friendly operating structure. Our firm has a well-established reputation for excellence within the New England business and legal communities. We are a partner-oriented firm whose foundation is personal service. Firm attorneys provide representation in a broad range of matters for national companies, financial institutions, successful private and family-owned closely held businesses, municipalities, families and individuals. Our attorneys represent clients in trials and appeals at all levels of the federal and state court systems. Lawson & Weitzen, LLP partners manage each case individually, tailoring the staffing to the circumstances and ensuring a streamlined, knowledgeable response that maximizes results and client satisfaction. Partners take personal charge, work one-on-one with clients, listen to their clients' concerns, help clients define their objectives and manage the delivery of legal services efficiently. Our goal is always to solve client issues in the most effective, cost-efficient manner. Lawson & Weitzen, LLP offers all the advantages of larger, multi-service practices, with the responsive, personal attention today's clients expect. Lawson & Weitzen, LLP prides itself on having delivered excellent

lawyering and great client relations for over four decades, which in turn has made both our clients and firm successful.

## AREAS OF PRACTICE

Administration
Alternative Dispute Resolution
Business/Corporate
Construction
Criminal Defense
Dram Shop Law
Education
Energy/Environmental/Regulatory
Family & Probate/Domestic Relations
Financial Services/Institutions
General Tort Law
Governmental Regulations & Affairs/Public
Health Care/Life Sciences
Hotel & Restaurant
Insurance
Intellectual Property
Labor, Employment & Employee Benefits
Litigation
Mergers & Acquisitions
Nonprofit Organization
Personal Injury
Premises Liability
Products Liability
Professional Liability/Medical Malpractice
Projects/Municipal
RICO Actions
Real Estate/Development/Land Use
Trusts & Estates
Workers' Compensation
Workplace Discrimination

## IMPORTANT FIRM CONTACTS

**Jeffrey P. Allen**
Civil Litigation, Land Use, Business Litigation, Education
jallen@lawson-weitzen.com

**John R. Bauer**
Commercial and Intellectual Property Litigation, including litigation involving trade secrets and noncompetition agreements
jbauer@lawson-weitzen.com

**George E. Christodoulo**
Business, Corporate and Mergers and Acquisitions
gchristodoulo@lawson-weitzen.com

**J. Mark Dickison**
Complex Civil Litigation, including the varied disciplines of Intellectual Property; Media Law; Alcohol Beverage Regulation, Products Liability, Employment Law, Environmental Law, and Commercial Law
mdickison@lawson-weitzen.com

**Kenneth B. Gould**
Real Estate and Financing
kgould@lawson-weitzen.com

**K. Scott Griggs**
Healthcare Defense
sgriggs@lawson-weitzen.com

**George F. Hailer**
Environmental
ghailer@lawson-weitzen.com

**Scott P. Lopez**
White Collar Criminal Defense; Federal and Government Litigation
splopez@lawson-weitzen.com

**Linda A. Ouellette**
Domestic Relations
louellette@lawson-weitzen.com

**Ira H. Zaleznik**
Municipal Law, Complex Litigation and Appeals
izaleznik@lawson-weitzen.com

## MARKETING DIRECTOR

**Mary S. Sweeney**
Office Manager
msweeney@lawson-weitzen.com

**MA Attorneys:** 40 (24 male, 16 female)
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 4 male, 1 female
**Compensation Committee:** No
**Diversity or Women's Advancement Committee:** No
**New Hires in 2017:** 2 male, 3 female
**Elevations in 2017:** 1 male, 0 female
**Departures in 2017:** 5 male, 1 female
**"Of Counsel" Lawyers:** 0
**Paralegals/Support Staff:** 10 Paralegals, 8 Support Staff
**Minority Lawyers:** 1 Partner, 2 Non-Partners
**Hourly Billing Rates:** $275-$650 - partners, $150-$300 - Junior partners/associates, $75-$125 - paralegals
**Annual Billable Hours Expected of Associates:** 1,850
**Alternative Billing Options Offered:** Yes
**Total Annual Hours Devoted to Pro Bono Representation:** The firm encourages attorney participation in Reduced Fee Referral Programs and acceptance of various state and federal court appointments on behalf of persons in need

## HOGAN LOVELLS

**95 — 23 LAWYERS**

100 High Street
Boston 02110
617-371-1000
617-371-1037 (fax)

**MA Attorneys:** 10 male, 13 female
**Equity Partners:** 5 male, 2 female
**Number of Non-Equity Partners:** 1 male, 3 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 9 male, 5 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 12 male, 7 female
**New Hires in 2017:** 0
**Elevations in 2017:** 0
**Departures in 2017:** 3 male, 2 female
**"Of Counsel" Lawyers:** 0
**Paralegals/Support Staff:** 4 Paralegals, 10 Support Staff
**Minority Lawyers:** 0 Partners, 2 Non-Partners
**Hourly Billing Rates:** 675
**Annual Billable Hours Expected of Associates:** 2,000
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2017:** $133,000
**Associates' Starting Salary as of Jan. 1, 2018:** $147,000
**Total Attorneys (Worldwide):** 3,022

## WEIL, GOTSHAL & MANGES LLP

**95 — 23 LAWYERS**

100 Federal Street, Floor 34
Boston 02110
617-772-8300
617-772-8333 (fax)

**MA Attorneys:** 7 male, 16 female
**New Hires in 2017:** 1 male, 4 female
**Elevations in 2017:** 1 male, 0 female
**"Of Counsel" Lawyers:** 0
**Paralegals/Support Staff:** 1 Paralegal, 22 Support Staff
**Total Attorneys (Worldwide):** 1,174

## CUSHING & DOLAN, P.C.

**99 — 22 LAWYERS**

375 Totten Pond Road, Suite 200
Waltham 02451
617-523-1555
617-523-5653
www.cushingdolan.com
Founded Oct. 15, 1984



**LEO J. CUSHING**

### MANAGING PARTNER
Leo J. Cushing Esq., CPA, L.L.M.

### MISSION STATEMENT
Cushing & Dolan, P.C., a Boston-based law firm established in 1984 by Leo J. Cushing, Esq., CPA, LLM, provides the highest quality of legal services to individuals, families, businesses, and lenders throughout Massachusetts, New Hampshire, and beyond. Our Attorneys' knowledge of taxation and wealth preservation strategies is the foundation of our comprehensive legal services, including Estate & Tax Planning, Elder Law, Real Estate, Probate & Estate Administration, and Business Law.

### AREAS OF PRACTICE
Business/Corporate
Family & Probate/Domestic Relations
Litigation
Real Estate/Development/Land Use
Trusts & Estates

### IMPORTANT FIRM CONTACTS
Catherine E. Aloisi Esq.
caloisi@cushingdolan.com

Caitlin E. Conry Esq.
cconry@cushingdolan.com

Ann M. Cushing Esq.
acushing@cushingdolan.com

Kevin N. Dolan Esq.



MASSACHUSETTS LAWYERS WEEKLY

# 100 LARGEST LAW FIRMS IN MASSACHUSETTS
## 2017

## 32
**60 LAWYERS**

### LOCKE LORD LLP
111 Huntington Avenue
Boston 02199
617-239-0100
617-227-4420 (fax)

**MA Attorneys:** 60 (40 male, 20 female)
**Equity Partners:** 17 male, 3 female
**Number of Non-Equity Partners:** 5 male, 4 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/ Executive Committee:** 12 male, 3 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 12 male, 3 female
**New Hires in 2016:** 1 male, 4 female
**Elevations in 2016:** 0 male, 1 female
**Departures in 2016:** 11 male, 13 female
**"Of Counsel" Lawyers:** 7 male, 1 female
**Paralegals/Support Staff:** 8 Paralegals, 52 Support Staff
**Minority Lawyers:** 0 Partners, 3 Non-Partners
**Hourly Billing Rates:** Average - $767 Partners, Average - $441 Junior Partners/ Associates, Average - $280 Paralegals
**Annual Billable Hours Expected of Associates:** 2,000
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2016:** $160,000
**Associates' Starting Salary as of Jan. 1, 2017:** Raised to $180,000
**Total Attorneys (Worldwide):** 785

## 32
**60 LAWYERS**

### POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower, 800 Boylston Street
Boston 02199
617-973-6100
617-367-2315 (fax)

**MA Attorneys:** 60 (44 male, 16 female)
**Equity Partners:** 0
**Number of Non-Equity Partners:** N/R
**Governing/Executive Committee:** Yes
**Number of Members in Governing/ Executive Committee:** N/R
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** N/R
**New Hires in 2016:** 0
**Elevations in 2016:** 0
**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** N/R
**Paralegals/Support Staff:** 7 Paralegals, 35 Support Staff
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 60

## 35
**56 LAWYERS**

### MCDERMOTT WILL & EMERY LLP
28 State Street
Boston 02109
617-535-4000
617-535-3800 (fax)

**MA Attorneys:** 56 (35 male, 21 female)
**Equity Partners:** 12 male, 2 female
**Number of Non-Equity Partners:** 16 male, 6 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/ Executive Committee:** 15 male, 5 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 4 male, 1 female
**New Hires in 2016:** 8 male, 3 female
**Elevations in 2016:** 1 male, 2 female
**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** 4 male, 3 female
**Paralegals/Support Staff:** 4 Paralegals, 37 Support Staff
**Minority Lawyers:** 1 Partner, 5 Non-Partners
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** 2,000
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** $180,000
**Associates' Starting Salary as of Jan. 1, 2017:** $180,000
**Total Attorneys (Worldwide):** 1,087

Associates' Starting Salary as of Fall
2016: N/R
Associates' Starting Salary as of Jan. 1,
2017: N/R
Total Attorneys (Worldwide): 805

## 73
**29 LAWYERS**

### MURTHA CULLINA LLP
99 High Street
Boston 02110
617-457-4000
617-482-3868 (fax)

MA Attorneys: 29 (19 male, 10 female)
Equity Partners: 8 male, 5 female
Number of Non-Equity Partners: 4 male, 0 female
Governing/Executive Committee: Yes
Number of Members in Governing/
 Executive Committee: 4 male, 2 female
Compensation Committee: No
New Hires in 2016: 2 male, 2 female
Elevations in 2016: 0
Departures in 2016: 3 male, 3 female
"Of Counsel" Lawyers: 2 male, 2 female
Paralegals/Support Staff: 3 Paralegals, 20 Support Staff
Minority Lawyers: 0 Partners, 2 Non-Partners
Hourly Billing Rates: $370-$725 Partners, $235-$390 Junior Partners/Associates, $180-$320 Paralegals
Annual Billable Hours Expected of Associates: 1,800
Alternative Billing Options Offered: Yes
Associates' Starting Salary as of Fall
2016: $105,000
Associates' Starting Salary as of Jan. 1,
2017: $110,000
Total Attorneys (Worldwide): 111

## 76
**28 LAWYERS**

### DUANE MORRIS LLP
100 High Street, Suite 2400
Boston 02110
857-488-4200
857-488-4201 (fax)

MA Attorneys: 28 (23 male, 5 female)
Equity Partners: 0
Number of Non-Equity Partners: N/R
Governing/Executive Committee: Yes
Number of Members in Governing/
 Executive Committee: N/R
Compensation Committee: No
New Hires in 2016: 4 male, 3 female
Elevations in 2016: 0
Departures in 2016: N/R male, 3 female
"Of Counsel" Lawyers: 3 male, 0 female
Paralegals/Support Staff: 3 Paralegals, 14 Support Staff
Minority Lawyers: N/R
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: N/R
Alternative Billing Options Offered: N/R
Associates' Starting Salary as of Fall
2016: N/R
Associates' Starting Salary as of Jan. 1,
2017: N/R
Total Attorneys (Worldwide): 798

## 76
**28 LAWYERS**

### ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, #1600
Boston 02110
617-342-6800
617-342-6899 (fax)

MA Attorneys: 28 (21 male, 7 female)
Equity Partners: 12 male, 1 female
Number of Non-Equity Partners: 4 male, 2 female
Governing/Executive Committee: Yes
Number of Members in Governing/
 Executive Committee: 11 male, 2 female
Compensation Committee: Yes
Number of Members in Compensation Committee: 12 male, 4 female
New Hires in 2016: 4 male, 1 female
Elevations in 2016: 2 male, 1 female
Departures in 2016: 2 male, 0 female
"Of Counsel" Lawyers: 0
Paralegals/Support Staff: 8 Paralegals, 10 Support Staff
Minority Lawyers: 0 Partners, 1 Non-Partner
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: N/R
Alternative Billing Options Offered: Yes
Associates' Starting Salary as of Fall
2016: N/R
Associates' Starting Salary as of Jan. 1,
2017: N/R
Total Attorneys (Worldwide): 364

**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** N/R
**Paralegals/Support Staff:** 3 Paralegals, 41 Support Staff
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 1,163
*Information obtained from firm's website

## 79 — 27 LAWYERS

### RICH MAY, P.C.
176 Federal Street
Boston 02110
617-556-3800
617-391-5757 (fax)

**MA Attorneys:** 27 (22 male, 5 female)
**Equity Partners:** 16 male, 2 female
**Number of Non-Equity Partners:** 4 male, 2 female
**Governing/Executive Committee:** N/R
**Compensation Committee:** N/R
**New Hires in 2016:** 2 male, 2 female
**Elevations in 2016:** 1 male, 1 female
**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** 0
**Paralegals/Support Staff:** 6 Paralegals, 3 Support Staff
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 28

## 83 — 26 LAWYERS

### LIGRIS + ASSOCIATES PC
1188 Centre Street
Newton 02459
617-274-1500
617-274-1515 (fax)

**MA Attorneys:** 26 (14 male, 12 female)
**Equity Partners:** 4 male, 0 female
**Number of Non-Equity Partners:** 0
**Governing/Executive Committee:** No
**Compensation Committee:** No
**New Hires in 2016:** 1 male, 1 female
**Elevations in 2016:** 0 male, 3 female
**Departures in 2016:** 2 male, N/R female
**"Of Counsel" Lawyers:** 3 male, N/R female
**Paralegals/Support Staff:** 16 Paralegals, 4 Support Staff
**Minority Lawyers:** 0
**Hourly Billing Rates:** $595 Partners, $395 Junior Partners/Associates, $85 Paralegals
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 26

## 83 — 26 LAWYERS

### MELICK & PORTER, LLP
One Liberty Square
Boston 02109
617-523-6200
617-523-8130 (fax)

**MA Attorneys:** 26 (20 male, 6 female)
**Equity Partners:** 4 male, 0 female
**Number of Non-Equity Partners:** 10 male, 1 female
**Governing/Executive Committee:** No
**Compensation Committee:** No
**New Hires in 2016:** 1 male, 3 female
**Elevations in 2016:** 2 male, 0 female
**Departures in 2016:** 0 male, 3 female
**"Of Counsel" Lawyers:** 1 male, 1 female
**Paralegals/Support Staff:** 7 Paralegals, 13 Support Staff
**Minority Lawyers:** 0
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 37

**Compensation Committee:** N/R
**New Hires in 2016:** 1 male, 0 female
**Elevations in 2016:** 1 male, 0 female
**Departures in 2016:** 0
**"Of Counsel" Lawyers:** 3 male, N/R female
**Paralegals/Support Staff:** 2 Paralegals, 8 Support Staff
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 18

## 112
**18 LAWYERS**

### THE WAGNER LAW GROUP, A PROFESSIONAL CORPORATION
99 Summer Street, 13th Floor
Boston 02110
617-357-5200
617-357-5250 (fax)

**MA Attorneys:** 18 (12 male, 6 female)
**Equity Partners:** 0 male, 1 female
**Number of Non-Equity Partners:** 8 male, 2 female
**Governing/Executive Committee:** No
**Compensation Committee:** No
**New Hires in 2016:** 1 male, 3 female
**Elevations in 2016:** 1 male, 0 female
**Departures in 2016:** 1 male, 0 female
**"Of Counsel" Lawyers:** 0
**Paralegals/Support Staff:** 4 Paralegals, 6 Support Staff
**Minority Lawyers:** 0 Partners, 1 Non-Partner
**Hourly Billing Rates:** $750-$570 Partners, $640-$235 Junior Partners/Associates, $550-$125 Paralegals
**Annual Billable Hours Expected of Associates:** 1,600
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2016:** $80,000
**Associates' Starting Salary as of Jan. 1, 2017:** $80,000
**Total Attorneys (Worldwide):** 27

## 112
**18 LAWYERS**

### THORNTON LAW FIRM LLP
100 Summer Street 30th Floor
Boston 02110
617-720-1333
617-720-2445 (fax)

**MA Attorneys:** 18 (12 male, 6 female)
**Equity Partners:** 0
**Number of Non-Equity Partners:** N/R
**Governing/Executive Committee:** N/R
**Compensation Committee:** N/R
**New Hires in 2016:** 0
**Elevations in 2016:** 0
**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** N/R
**Paralegals/Support Staff:** N/R
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** N/R
**Associates' Starting Salary as of Fall 2016:** N/R
**Associates' Starting Salary as of Jan. 1, 2017:** N/R
**Total Attorneys (Worldwide):** 18

## 112
**18 LAWYERS**

### HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston 02110
617-348-4300
617-348-4343 (fax)

**MA Attorneys:** 17 (11 male, 6 female)
**Equity Partners:** 0
**Number of Non-Equity Partners:** N/R
**Governing/Executive Committee:** No
**Compensation Committee:** No
**New Hires in 2016:** 1 male, 0 female
**Elevations in 2016:** 0
**Departures in 2016:** N/R
**"Of Counsel" Lawyers:** N/R
**Paralegals/Support Staff:** N/R
**Minority Lawyers:** N/R
**Hourly Billing Rates:** N/R
**Annual Billable Hours Expected of Associates:** N/R
**Alternative Billing Options Offered:** Yes
**Associates' Starting Salary as of Fall 2016:** N/R

# 100 LARGEST LAW FIRMS IN MASSACHUSETTS
## 2016

MASSACHUSETTS
LAWYERS WEEKLY

## 18 — 87 LAWYERS

### SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston 02210
617-946-4800
617-946-4801 (fax)

MA Attorneys: 87 (54 male, 33 female)
Equity Partners: 21 male, 5 female
Number of Non-Equity Partners: 8 male, 4 female
Governing/Executive Committee: Yes
Number of Members in Governing/Executive Committee: 6 male, 1 female
Compensation Committee: Yes
Number of Members in Compensation Committee: 9 male, 3 female
New Hires in 2015: 4 male, 6 female
Elevations in 2015: 3 male, 0 female
Departures in 2015: 5 male, 4 female
"Of Counsel" Lawyers: 16
Paralegals/Support Staff: 31 Paralegal, 57 Support Staff
Minority Lawyers: 1 Partner, 2 Non-Partners
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: N/R
Associates' Starting Salary as of Fall 2015: N/R
Associates' Starting Salary as of Jan. 1, 2016: N/R
Total Attorneys (Worldwide): 847

## 19 — 81 LAWYERS

### LOCKE LORD LLP
111 Huntington Avenue
Boston 02199
617-239-0100
617-227-4420 (fax)

MA Attorneys: 81 (52 male, 29 female)
Equity Partners: 15 male, 1 female
Number of Non-Equity Partners: 11 male, 8 female
Governing/Executive Committee: Yes
Number of Members in Governing/Executive Committee: 12 male, 3 female
Compensation Committee: Yes
Number of Members in Compensation Committee: 12 male, 3 female
New Hires in 2015: 5 male, 2 female
Elevations in 2015: 0 male, 1 female
Departures in 2015: 26 male, 22 female
"Of Counsel" Lawyers: 46
Paralegals/Support Staff: 10 Paralegals, 60 Support Staff
Minority Lawyers: 1 Partner, 7 Non-Partners
Hourly Billing Rates: Average - $766 Partners. Average - $417 Junior Partners/Associates, Average - $268 Paralegals
Annual Billable Hours Expected of Associates: 2,000
Associates' Starting Salary as of Fall 2015: $145,000
Associates' Starting Salary as of Jan. 1, 2016: Raised to $160,000
Total Attorneys (Worldwide): 879

## 20 — 80 LAWYERS

### WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston 02210
617-646-8000
617-646-8646 (fax)

MA Attorneys: 80 (N/R)
Equity Partners: N/R
Number of Non-Equity Partners: N/R
Governing/Executive Committee: Yes
Number of Members in Governing/Executive Committee: N/R
Compensation Committee: No
New Hires in 2015: 0 male, 0 female
Elevations in 2015: N/R
Departures in 2015: N/R
"Of Counsel" Lawyers: 0
Paralegals/Support Staff: 38 Paralegals, 142 Support Staff
Minority Lawyers: N/R
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: 1,800
Associates' Starting Salary as of Fall 2015: $160,000
Associates' Starting Salary as of Jan. 1, 2016: $160,000
Total Attorneys (Worldwide): 80

Associates' Starting Salary as of Fall 2015: N/R
Associates' Starting Salary as of Jan. 1, 2016: N/R
Total Attorneys (Worldwide): 770

**113**
**17 LAWYERS**

### CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston 02210
617-951-2500
617-951-3927 (fax)

MA Attorneys: 17 (15 male, 2 female)
Equity Partners: 8 male, 1 female
Number of Non-Equity Partners: 0
Governing/Executive Committee: No
Compensation Committee: No
New Hires in 2015: 4 male, 0 female
Elevations in 2015: 0 male, 0 female
Departures in 2015: 1 male, 1 female
"Of Counsel" Lawyers: 5
Paralegals/Support Staff: 2 Paralegals, 15 Support Staff
Minority Lawyers: 1 Partner, 1 Non-Partner
Hourly Billing Rates: $425-$600 Partners, $150-$510 Junior Partners/Associates, $75-$240 Paralegals
Annual Billable Hours Expected of Associates: 1,900
Associates' Starting Salary as of Fall 2015: $115,000
Associates' Starting Salary as of Jan. 1, 2016: $115,000
Total Attorneys (Worldwide): 17

**113**
**17 LAWYERS**

### EGAN, FLANAGAN AND COHEN, PC
67 Market Street - PO Box 9035
Springfield 01102
413-737-0260
413-737-0121 (fax)

MA Attorneys: 17 (11 male, 6 female)
Equity Partners: 6 male, 2 female
Number of Non-Equity Partners: N/A
Governing/Executive Committee: Yes
Number of Members in Governing/Executive Committee: 2 male, 1 female
Compensation Committee: No
New Hires in 2015: 1 male, 0 female
Elevations in 2015: 0 male, 0 female
Departures in 2015: 1 male, 0 female
"Of Counsel" Lawyers: 2

Paralegals/Support Staff: 8 Paralegals, 5 Support Staff
Minority Lawyers: 0 Partners, 1 Non-Partner
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: N/R
Associates' Starting Salary as of Fall 2015: N/R
Associates' Starting Salary as of Jan. 1, 2016: N/R
Total Attorneys (Worldwide): 17

**113**
**17 LAWYERS**

### GOVERNO LAW FIRM LLC
Two International Place
Boston 02110
617-737-9045
617-737-9046 (fax)

MA Attorneys: 17 (9 male, 8 female)
Equity Partners: N/R
Number of Non-Equity Partners: N/R
Governing/Executive Committee: No
Compensation Committee: No
New Hires in 2015: 2 male, 0 female
Elevations in 2015: 1 male, 1 female
Departures in 2015: 4 male, 1 female
"Of Counsel" Lawyers: 0
Paralegals/Support Staff: 3 Paralegals, 8 Support Staff
Minority Lawyers: N/R
Hourly Billing Rates: N/R
Annual Billable Hours Expected of Associates: N/R
Associates' Starting Salary as of Fall 2015: N/R
Associates' Starting Salary as of Jan. 1, 2016: N/R
Total Attorneys (Worldwide): 18

**113**
**17 LAWYERS**

### HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston 02110
617-348-4300
617-348-4343 (fax)

MA Attorneys: 17 (10 male, 7 female)
Equity Partners: N/R
Number of Non-Equity Partners: N/R
Governing/Executive Committee: No
Compensation Committee: No
New Hires in 2015: 2 male, 4 female
Elevations in 2015: 1 male, N/A female
Departures in 2015: N/R
"Of Counsel" Lawyers: N/R
Paralegals/Support Staff: N/R