# ATTACHMENT 5

# PATRICK D. BANFIELD

4 PORTER STREET ■ JAMAICA PLAIN, MA  02130 ■ (617) 319-2870 ■ pbanfield@credelaw.com

## BAR ADMISSIONS

*Commonwealth of Massachusetts*                                                                                                  2005
*United States District Court for the District of Massachusetts*                                                 2006

## LEGAL EXPERIENCE

**Conforto Law Group,** Boston, MA                                                                                  June 2017 – present
  *Of Counsel*:  Litigate all aspects of employment-related matters, including employment discrimination, wage and hour, whistleblower activity/retaliation, and non-compete disputes.

**The Law Office of Alan H. Crede,** Boston, MA                                                          October 2010 – present
  *Of Counsel*:  Litigate all aspects of various plaintiff-side claims and lawsuits, including matters involving employment discrimination, wage and hour, whistleblower activity/retaliation, premises liability, product liability, motor vehicle accidents, and consumer protection.

**Melick, Porter & Shea, L.L.P.,** Boston, MA                                                   November 2007 – September 2010
  *Litigation Associate*:   Responsible for managing own caseload, including pleadings; all aspects of fact and expert discovery; drafting and arguing motions; negotiating settlements; client reporting; and preparing for trial.  Tried bench trial in Connecticut Superior Court.

**Pierce, Davis & Perritano, L.L.P.,** Boston, MA                                                     March 2006 – November 2007
  *Litigation Associate*:  Handled general civil litigation matters, including product liability, premises liability, construction defect litigation and contract actions.  Trial preparation for asbestos-related litigation, including drafting pre-trial motions, assisting in preparation of opening statement and cross-examination of expert witnesses.  Prepared motions and attended hearings in superior and district courts.  Drafted pleadings; prepared fact, expert and corporate witnesses for deposition; conducted depositions; and prepared and responded to written discovery.

**United States District Court (D.P.R.),** San Juan, Puerto Rico                                       July – September 2005
**The Honorable Justo Arenas, U.S.M.J.**
  *Judicial Clerk*:  Prepared draft Report and Recommendation for complex Telecommunications Act case involving dispute between telecommunications providers over terms of interconnection agreement for the Commonwealth of Puerto Rico.  Draft of Opinion and Order deciding a motion to intervene as of right.

                                                                                                                        September – November 2003
  *Judicial Intern*: Prepared draft Reports and Recommendations, as well as Opinions and Orders, for cases involving the Fair Labor Standards Act, Americans with Disabilities Act, Title VII Discrimination, and Federal Habeas Corpus.

**Thornton & Naumes, L.L.P.,** Boston, MA                                                                         March – May 2005
  *Law Clerk*:  Assisted in trial preparation, including composing motions *in limine* and preparing client for trial testimony, for personal injury action.  Drafted opposition to motion for summary judgment involving a first impression issue of statutory interpretation.  Prepared in depth memoranda on the Maine Wrongful Death Act, Massachusetts Consumer Protection Act, Federal Tort Claims Act, and *forum non convienens* in Vioxx litigation.  Conducted Form 990 research on non-profit corporations for federal *qui tam* cases.

**Lurie & Krupp, L.L.P.,** Boston, MA                                                                  September – November 2004
  *Law Clerk*:  Performed legal research and prepared memoranda regarding the zone of corporate insolvency, judicial estoppel and judicial admissions, personal liability of corporate officers, subdivision control, and reconsideration under Federal Habeas law.  Drafted civil rights complaint challenging security profiling at Logan Airport.

**P. Banfield,** Page 2
617-319-2870
pbanfield@credelaw.com

**Lawyers' Committee for Civil Rights Under Law,** Boston, MA March – May 2004
*Law Clerk*: Composed memoranda regarding Boston school desegregation, housing discrimination damages, and voting rights issues. Researched prospective expert witnesses for employment discrimination arbitration. Drafted interrogatories, document requests, and assisted in deposition preparation for discriminatory zoning case.

## EDUCATION

**Northeastern University School of Law,** Boston, MA J.D., May 2005
*Teaching Assistant*: Civil Procedure (Fall 2003).
*Honors*: Recipient of the Merit Scholarship (August 2002 – May 2005).
*Independent Studies*: *Four Years Later: Election Law in the Wake of Bush v. Gore*, February 2005; *Local Control and the Siting of Cellular Phone Towers under the Telecommunications Act of 1996*, February 2004.
*Activities*: Treasurer, International Law Society (September 2002 – August 2003).

**University of Vermont**, Burlington, VT B.A., History, May 2001
*Honors*: Dean's List (5/7 semesters); Phi Alpha Theta National Honor Society; Order of Omega Honor Society.
*Activities*: Contributing Writer, *The Vermont Cynic*; President, Zeta Beta Tau Fraternity (Fall 1999 – Summer 2000).
*Study Abroad*: International College of Seville, Seville, Spain (Fall 2000).

## SKILLS & INTERESTS

*Languages*: Proficient in Spanish.
*Interests*: Running, travel, contemporary fiction, and cooking.

# Jill Havens
## The Law office of Jill Havens
11 Green Street,  Jamaica Plain, MA  02130  -  (617) 870-3737 - Jill@HavensLawOffice.com

## Professional Experience

**Law Office of Jill Havens,** Boston, MA                                                                                February 2012-Present
  <u>Solo Practitioner Attorney</u>:  Handling employee/plaintiff-side employment law cases including discrimination, retaliation, whistleblower and wage and hour litigation, employment contracts, unemployment appeals and employment severance negotiations.

**Board of Review, Mass Office of Labor and Workforce Development,** Boston, MA  February 2011-Jan 2012
  <u>Review Examiner</u>:  Staff attorney to a quasi-judicial appellate tribunal. Duties include reviewing unemployment cases appealed to the Board, conducting legal analysis and drafting, sometimes precedent setting, legal decisions.

**1199SEIU,** Boston, MA                                                                                                                 August 2009-January 2011
  <u>Union Representative</u>:   Duties included bargaining contracts, settling arbitrations, handling grievances, advocating for workers at labor/management meetings, conducting trainings, and arbitration preparation.

**Greater Boston Legal Services – Employment Unit**,  Boston, MA                                           Spring 2009
  <u>Legal Intern</u>:  Worked with clients on wage and hour and unemployment insurance claims, including interviewing clients, developing legal theories, writing memos and representing clients at the Massachusetts Department of Unemployment Assistance. Researched related legal issues and wrote legal memoranda.

**Segal Roitman LLP**,  Boston, MA                                                                                                         Fall 2008
  <u>Legal Intern</u>:  Conducted Legal Research for many different labor and employment law cases for this union-sided labor and employment law firm.  Assisted at arbitrations, NLRB unit determinations, and Project Labor Agreement negotiations.  Wrote post arbitration briefs, legal memos, and drafts of contract language.

**Greater Boston Legal Services – Immigration Unit**,  Boston, MA                                              Spring 2008
  <u>Legal Intern</u>:  Researched and drafted country-conditions reports, legal memos and affidavits for clients, most of whom were asylum seekers.  Interviewed clients and assisted in preparing asylum cases.  Assisted attorneys in developing legal strategies in client cases.

**Massachusetts Teachers Association**, Boston, MA                                                                           Fall 2007
  <u>Legal Intern</u>:  Researched and drafted memos on various legal issues relating to teachers and employment for this statewide teacher's labor union.  Aided in the drafting of legal briefs.  Assisted attorneys at arbitration and retirement board hearings.  Interviewed and counseled member clients about their legal issues.

**OMNI Institute for Research and Training,** Denver, CO                                                                     2000-2006
  <u>Regional Prevention Consultant</u>:  Provided technical assistance to non-profits engaged in youth advocacy.  Responsibilities included conducting strategic planning sessions, researching and writing reports analyzing local data and teaching non-profits how to write grants and do program evaluation.

**District 925, Service Employees International Union,** Boston, MA                                                1994-2000
  <u>Union Representative</u>:  Represented employees for local union engaged in organizing multiple worksites and chapters.  Responsibilities included negotiating numerous collective bargaining agreements, handling grievances, mentoring union leaders, conducting trainings and serving as education director.

**Local 1188, Communications Workers of America,** Albany, NY                                                    1992-1994
  <u>Union Organizer</u>:  Organized employees in a successful organizing campaign of 4000 University educators.  Responsibilities included developing campaign strategy, conducting trainings and supervising staff.

**District 65, United Auto Workers,** Amherst, MA                              1990-1992
   Union Organizer:  Organized and represented members for union of 2500 teaching and research assistants at the University of Massachusetts.  Responsibilities included negotiating union contracts, handling grievances, and writing a guide to understanding the new collective bargaining agreement.

## Education

**Northeastern University School of Law,** Boston, MA
Juris Doctor, 2009.     Admitted to the Massachusetts Bar, December 2009.

   Public Interest Law Scholar:  Selected as one of five students in the incoming class for the highest scholarship at Northeastern School of Law - a three-year, ¾ tuition scholarship.

   Research and Teaching Assistantships:  Conducted research for Law Professor Steve Subrin regarding the effect of firm trial dates on outcomes, process and satisfaction levels in civil litigation (Summer 2007); also assisted Professor Steve Subrin in preparing first-year Civil Procedure students for final examinations including facilitating review sessions. (Winter 2007).

   Selected Courses:  Employment Law – Compensation Benefits and Retirement; Employment Law – Job Security and Rights; Labor Law I; Independent Study in Advanced Labor Law; Labor Arbitration; Administrative Law; Evidence; Civil Trial Practice; Corporations; Federal Courts.

   Activities:   National Lawyer's Guild chapter member, Queer Caucus member; attended the Peggy Browning Fund National Law Students Workers' Rights Conference – October 2008.

**University of Massachusetts,** Amherst, MA
Three years of work in an M.A./Ph.D. program in Sociology.

**Randolph-Macon Woman's College,** Lynchburg, VA
Bachelor of Arts, *cum laude* in Sociology/Anthropology (with honors) and History; minor in Politics.
   Honors:  Graduated Phi Beta Kappa; Dean's List (all semesters).

## Professional Affiliations

- Executive Board member Massachusetts chapter of National Employment Lawyers Association
- Chair of Unemployment Insurance Committee of the Massachusetts chapter of National Employment Lawyers Association

## Admitted to Practice

- Massachusetts Supreme Judicial Court - 2009
- U.S. District Court, District Court of Massachusetts - 2015

## Honors

- Rising Star, SuperLawyers
    Selected in 2018 for the SuperLawyer's distinction of a "Rising Star" – an honor awarded to no more than 2.5% of attorneys in each state.

# Wells G. Wilkinson, JD
36 Long Avenue #2 Allston, MA 02134
wellswilkinson@yahoo.com ⬥ (857) 540-2333

## WORK EXPERIENCE

**Health Law Advocates, Boston MA**

*Senior Staff Attorney*                                                                                        *June 2017 to present*

- Directing programs on mental health parity implementation and commercial insurance appeals. Managing significant client case load, supervising junior staff attorneys, promoting issue campaigns.

**Messing, Rudavsky & Weliky, PC, Boston, MA**

*Associate Attorney*                                                                                        *October 2016 to May 2017*

- Assisted with litigation of race, sex and disability discrimination. Legal research on contract remedies and defenses, labor law and civil procedure. Managed discovery and client relations.

**Health Law Advocates, Boston, MA**

*Staff Attorney, Commercial Insurance Division (part-time)*                           *May 2015 – August 2016*

- Successfully represented numerous consumers to reduce or eliminate potential medical debt or to win access to needed health care services, through administrative appeals and informal negotiations. Secured coverage for transgender care, treatment of Autism, ultra-costly prescription medications, and other services under contract rights and protections under Massachusetts and federal laws.
- Wrote comments reflecting consumer interests on proposed state regulatory proposals concerning ACOs, RBPOs, appeal rights, utilization review notice and federal anti-discrimination rules.

**Community Catalyst, Boston, MA**

*Staff Attorney & Policy Analyst*                                                                    *Jan. 2014 – Sept 2016*

Consumer enrollment and consumer rights –focused work

- Provided legal guidance on health care rights to enrollment assisters and consumers in Missouri, with expertise on special enrollment periods, tax credits and exemptions from the individual mandate.
- Wrote training guides and fact sheets explaining federal regulations, and in-depth memos assessing legal duties of enrollment assisters in relation to privacy, conflicts of interest and discrimination.

Institutional and individual conflict of interest focused work

- Coauthored conflict-of-interest (COI) policy guides and an audit tool (published) to assess compliance. Assessed and recommended COI policy improvements to seven Medical Schools. Helped organize northeast regional meetings with compliance leaders from 30 medical centers.
- Provided legal analysis and policy advocacy to CMS on the implementation of the Physician Payment Sunshine Act, including regulatory enforcement recommendations and consumer engagement.
- Co-designed study on drug price transparency's benefits for consumer empowerment, affordability, and provider-patient engagement. (Published.) Designed and implemented study of nationwide drug price variation, and policy implications for consumers, regulators, and health plans. (Unpublished.)
- Analyzed legal accuracy of a hospital rating website concerning compliance with emerging federal rules on nonprofit community benefit and financial assistance policies and practices.

*Director, Prescription Access Litigation (PAL) Project*                           *April 2008 – December 2013*

- Directed project fostering impact litigation by a coalition of 130 labor, senior and consumer organizations in collaboration with class action firms to confront unfair promotion, pricing and

market manipulation practices by drug manufacturers. Assessed litigation proposals, recruited and supported mission-driven non-profits and individual consumers to serve as lead plaintiffs.

- Negotiated consumer share (allocation) of five class action settlements totaling over $350 million, and assisted litigation through legal research and investigation of manufacturers and marketing firms.
- Advocated for stronger consumer protections from industry practices through amicus briefs, objections to proposed class action settlements, and numerous public comments on regulatory action.

**Social Security Administration, Boston, MA**

*Appeals Claim Case Technician*                             *October 2006 – September 2007*

Reviewed and organized extensive health records and income information to prepare disability claims for Administrative Law Judge appeal hearings. Helped pioneer agency's new digital file review system.

**Cambridge Human Rights Commission, Cambridge, MA**

*Legal Intern*                                                          *May 2005 – May 2006*

Investigated consumer complaints of discrimination in employment, housing, and public accommodations. Interviewed consumers and respondents, mediated settlement conferences.

**Massachusetts Attorney-General, Public Charities Division, Boston, MA**

*Legal Intern*                                                       *August 2004 – December 2004*

Assisted in drafting legislation to regulate public charities. Researched the legal duties of Church fiduciaries, and helped investigate the take-over of a local Church by former mafia leaders.

**Unitarian Universalist Association, Boston, MA**

*Assistant to the Treasurer/VP of Finance*                    *December 2002 – August 2003*

Researched governance documents and prepared financial reports and filing documents for Massachusetts tax exemption and public charity status for a national 1000-member religious nonprofit.

**Upward Bound, University of Massachusetts, Boston, MA**

*Algebra Instructor*                                               *May 2002 – August 2002*

Designed and taught hands-on curricula for advanced placement Boston Public School students.

**Boston Mobilization for Survival, Cambridge/Boston, MA**

*Executive Director*                                              *March 1996 – July 2001*
*Assistant Director*                                              *January 1993 – March 1996*

- *Policy Analysis and Advocacy:* Developed and implemented grassroots consumer organizing campaigns addressing federal budget priorities human rights, globalization, campaign finance, and health reform. Organized volunteers and coalitions, wrote press releases and newsletters.
- *Management:* Supervised, trained and managed a diverse team of paid and unpaid staff, including an Assistant Director, student interns, fundraising consultants, campaign volunteers and board members.
- *Administration:* Maintained accounts, prepared annual IRS 990 returns, filed for 501-c-3 status.

**B. U. School of Med., Dept. of Biochemistry, Boston, MA**

*Research Technician*                                           *November 1987 – December 1990*

Performed experiments, assessed data, trained students and co-authored a research publication.

## EDUCATION

*Juris Doctor, May 2006,* **New England School of Law,** Boston MA

*Bachelor of Arts in Biology; minor in Political Science,* **Boston University,** Boston, MA