# ATTACHMENT 6

# IAN ADAMS          iadams@su.suffolk.edu          (404) 539-9492

## EDUCATION

**Suffolk University Law School - Boston, MA**
**Candidate for Juris Doctor, May 2021**

**Northeastern University - Boston, MA**
**Bachelor of Arts in Environmental Studies, August 2014**
**Independent Concentration in Environmental Protection/Policy**
*Coursework:* Environmental Ethics, Government, Public Policy, Ecology, Environmental Pollution, Weather & Climate, Coastal Processes, Statistics, Microeconomics, Genetics, Biology, and Chemistry.
*Major academic projects:* Mock Environmental Hazard Consultation— Good Harbor, Senior Capstone: Genetically Modified Organisms— Investigating and Analyzing Policy, Co-op with E-inc. in Charlestown, MA: preparing and assisting with event day logistics of the Boston Environmental Film Festival and supplementing environmental education curriculum in Boston Public Schools.

## PROFESSIONAL LEGAL EXPERIENCE

### Messing, Rudavsky & Weliky, P.C. - Boston, MA
**Paralegal— Technical and Marketing Specialist, April 2015 - August 2018**

- Assisted in the preparation, organization, and analysis of legal documents during discovery, trial, and settlement negotiations associated with cases in employment litigation (employee side).
- Created and trained others on the use of the firm's Access database for tracking and reporting incoming client metrics including annual income, referring sources, and retention rate. Moderated and maintained the firm's Wordpress website while advising on and analyzing the firm's public relations efforts through programs such as Google Analytics.
- Provided troubleshooting for the firm's technical problems and coordinated solutions with the firm's offsite IT service. Spearheaded, with the firm's associate, an initiative to transition the firm's electronic infrastructure onto Practice Management Software (Amicus) by researching, demoing, and providing detailed recommendations for viable solutions to the partners.
- Led the transfer of sensitive client billing/timekeeping information and firm templating from Timeslips into Amicus Billing. Trained colleagues on maintaining accurate timekeeping, accounts receivable, and payment records within the new software.

**Legal Assistant— Intake Coordinator, August 2014 - April 2015**

- Conducted initial telephonic client intakes including issue-spotting to determine whether the callers' concerns fit into the firm's areas of practice. Prepared in-depth case summaries to brief the attorneys before consultations.
- Performed conflict of interest checks, provided information about office rates and policies, and scheduled in-person consultations for attorneys.

## VOLUNTEER WORK

**Troop 1776 - Marietta, GA**
**Eagle Scout, June 2005 - August 2009**

## CERTIFICATIONS

Notary Public - Suffolk County, MA (commission expires November 26, 2021)

## SOFTWARE

Proficient in Microsoft Office Suite (including Excel and Access), Adobe Pro, Lexis, Westlaw, Google Analytics, Amicus Attorney, some knowledge of Photoshop

## LANGUAGES

Basic Spanish

# AILEE D. KATZ

300 Massachusetts Avenue NW, Apt #934, Washington, DC 20001 | ailee.d.katz@gmail.com | 1 (978) 549-9087

## PROFESSIONAL EXPERIENCE

**Messing, Rudavksy & Weliky (Plaintiff's Employment Law)** — Boston, MA
*Paralegal* — August 2018–May 15, 2019
- Facilitated successful race discrimination case by creating visual aids for display at trial, researching media coverage of defendants, coordinating a mock-jury focus group, and arranging witness interviews
- Calculated damages by collecting and analyzing historical income data, and projecting lost future earnings
- Managed firm website and authored blog posts on relevant policy and firm updates
- Organized documents and exhibits for cases, tracked fact patterns, and analyzed evidence

*Legal / Clerical Assistant* — December 2017–July 2018
- Processed court documents and organized case files
- Interviewed all prospective clients to determine case relevancy and prepare attorneys for initial consultations
- Responded to inquiries from potential clients in a direct but sensitive manner
- Implemented initiatives, such as creating a new intake document, to improve intake process

**Bank of America Merrill Lynch** — New York, NY
*Investment Banking Analyst, Financial Institutions Group* — Summer 2014; June 2015–June 2017
- Built financial models and projections based on research and management guidance in order to value companies and analyze the impact of mergers and acquisitions (~$6bn Janus Henderson merger, completed 2017)
- Analyzed and presented financial and market data for client presentations, SEC filings and investor presentations (~$550mm IPO of First Hawaiian Bank)

**United Nations Principles for Responsible Investment (PRI)** — New York, NY
*Intern, Investor Engagements with the United Nations Global Compact (UNGC)* — February 2013–August 2013
- Recruited companies to join the UN's corporate social responsibility (CSR) compact through an email campaign aimed at 500+ global firms, which included drafting marketing content and maintaining a database to track progress
- Developed a new Sustainable Stock Exchange (SSE) initiative through website creation, marketing and event planning

## VOLUNTEER WORK

**American Civil Liberties Union of Massachusetts (ACLU)** — Boston, MA
*Volunteer* — October 2017–April 2019
- Represented the ACLU at events by explaining policy priorities to prospective members and volunteers
- Phone banked for ACLU legislative goals, get-out-the-vote and ballot initiatives

**Global Brigades, Columbia University Chapter** — Panama
*Volunteer Sustainable Business Consultant* — January 2013, 2015
- Led daily hour-long presentations to 10-60 indigenous community members on financial fluency and savings
- Consulted with a female artisan group and a kiosk owner on business strategy and optimization

## EDUCATION

**Barnard College, Columbia University** — New York, NY
*BA in Political Science and Economics (Double Major)* — May 2015
- **GPA**: 3.7/4.0
- **Honors:** Dean's List 2011–2015; Departmental Honors in Economics; Distinction for Senior Thesis: *The Bagehot Rule in Practice – The Federal Reserve in the Bear Stearns and Lehman Crises*; Athena Leadership Scholar; Tow Foundation Public Service Internship Program
- **Activities:** Financial Advisory Council, Student Government; Alpha Kappa Psi Business Professional Fraternity; Head of Alumnae Relations for Sigma Delta Tau Sorority; Volunteer Elementary Math Mentor at MS324

**University College London** — London, England
*Departments of Political Science and Economics* — September 2013–January 2014

## SKILLS & INTERESTS

**Skills:** Advanced in Microsoft Excel, PowerPoint and Word; LexisNexis; SNL Financial; Factset Research; Bloomberg
**Interests**: Running (Brooklyn Half Marathon); Travel (5 continents/15 countries/21 cities); Politics podcasts