# ATTACHMENT 8

| **DETAILED LISTING OF EXPENSES** | | | |
|---|---|---|---|
| **Category** | | | **Amount** |
| Postage | | | $34.41 |
| Courier/Delivery Service/Messinger | | | $375.52 |
| Photocopies | | | $546.62 |
| Printing | | | $31.80 |
| Electronic Legal Research | | | $3,546.74 |
| PACER | | | $86.60 |
| Trial Binder Supplies | | | $72.75 |
| Private Investigator | | | $3,583.17 |
| Witness Fees | | | $287.20 |
| Food During Trial | | | $61.69 |
| Expert Fees & Costs | | | |
| | 124.95 hrs (@$350/hr) | $43,732.50 | |
| | 9 hrs (@$175/hr) | $1,575.00 | |
| | Airfare Exps (to/from deposition; trial) | $490.10 | |
| | Courtesy Credit | -$5,460.00 | |
| | Total | | $40,337.60 |
| Focus Group Fees and Expenses | | | $654.00 |
| Travel Expenses for Witness Interviews | | | $115.90 |
| Hearing Transcripts | | | $151.25 |
| Deposition Transcripts | | | |
| | Riley | $1,683.00 | |
| | Wiesen | $722.55 | |
| | Rebelo & Bettencourt | $428.50 | |
| | McGinn | $235.00 | |
| | Lima | $1,155.50 | |
| | Christiansen | $293.50 | |
| | C.Riley | $170.40 | |
| | Pecevich | $741.50 | |
| | Butler | $483.00 | |
| | Smith | $290.50 | |
| | Flynn | $280.00 | |
| | Total | | $6,483.45 |
| Deposition Subpoenas | | | $260.40 |
| Trial Subpoenas | | | $1,111.83 |
| **Total Costs** | | | **$57,740.93** |