# ATTACHMENT 9

**Detail for Invoice Number 1853, dated 3/9/2017:**
**Work done in connection with Riley vs. Massachusetts Department of State Police;**
**Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 2/28/2017 | 0.1 | Email w Attorney Weliky. Begin to look at files provided by attorney. |
| 3/1/2017 | 0.5 | Email w Attorney Weliky. Begin to look at files provided by attorney. |
| 3/5/2016 | 5.5 | Read documents provided by attorney. |
| 3/6/2017 | 2 | Tele w attorneys Weliky and Messing (1 hr). Prep for tele call. Make notes after call. Begin writing response to email from Attorney Weilky. |
| 3/7/2017 | 2.5 | Begin response to email from Attorney Weliky. |
| 3/8/2017 | 3 | Conduct statistical analyses of BI failure rates. Finish respone to email from Attorney Weliky. Compile and provide to attorneys additional information on BI. Write emails w suggestions for this week's depos of two panel members. |
| 3/9/2017 | 0.5 | Write emails w suggestions for this week's depos. |
| **Total** | **14.1** | |

**Detail for Invoice Number 1860, dated 7/26/2017:**
**Work done in connection with Riley vs. Massachusetts Department of State Police;**
**Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 3/9/2017 | 1.75 | Read investigation interview transcripts for Lima and Butler and write email w suggestions for depo. |
| 6/5/2017 | 0.1 | Email w Mr. Weliky. |
| 6/8/2017 | 0.1 | Email w Mr. Weliky. |
| 6/12/2017 | 0.5 | Tele w Ms. Messing, per her request. |
| 6/18/2017 | 0.75 | Review and draft suggestions concerning outline of questions for 6/26/17 deposition, sent by Ms. Messing. |
| 6/19/2017 | 2 | Review notes on case files. Begin to review additional 6 files sent by Mr. Weliky. |
| 6/20/2017 | 0.25 | Edit my suggestions concerning outline of questions for 6/26/17 deposition, and send to Ms. Messing. |
| 6/23/2017 | 1.25 | Send additional questions to Ms. Messing for 6/26/17 depo. Read McGinn's depo and take notes on it. |
| 6/25/2017 | 5.5 | Read Christiansen's depo and take notes on it. Read Butler's depo and take notes on it. Read Lima's depo and make notes on it. Suggest questions on the document titled, "80th Recruit Training Troop APPROVED". |
| 6/26/2017 | 1 | Begin to collect thoughts for report |
| 7/6/2017 | 0.1 | Emails w attorneys |
| 7/7/2017 | 0.1 | Emails w attorneys |
| 7/10/2017 | 1.25 | Tele w attorney Messing and make notes. Make notes for report. |
| 7/14/2017 | 4 | Review documents recd from attorneys. |
| 7/16/2017 | 1.25 | Begin writing expert report: Overview and outline. Provide overview to attorneys Messing and Weliky. |
| 7/18/2017 | 1 | Tele and email w attorney Messing and begin to write report. |
| 7/19/2017 | 2.25 | Continue to think about and write report. |
| 7/20/2017 | 7 | Continue to think about and write report. |
| 7/21/2017 | 8 | Continue to think about and write report. Tele and email w Attorney Messing. |
| 7/22/2017 | 1 | Conduct adverse impact analysis for BI. |
| 7/23/2017 | 9 | Complete adverse impact for BI. Email with attorneys. Continue to think about and write report. Statistical test of passing rate for Lima and all other investigators. |
| 7/24/2017 | 8 | Conduct second Complete ad impact for BI. Email with attorneys. Continue to think about and write report. Second statistical test of passing rate for Lima and all other investigators. |
| 7/25/2017 | 5 | Review and finalize report. |
| 7/26/2017 | 0.05 | Send finalized report to attorneys |
| **Total** | **61.2** | |

| **Detail for Invoice Number 1867a, dated 2/27/2019: Work done in connection with being deposed for Riley vs. Massachusetts Department of State Police; Docket No.: 1:15-CV-14137-DJC** | | |
|---|---|---|
| Date | Time Spent in Hrs | Activity |
| 8/28/2017 | 0.3 | Tele w Ms. Messing about deposition by AG. |
| 8/30/2017 | 1.0 | Tele w Ms. Messing about deposition by AG (.5 hr). Provide copies of some requested documents to Ms. Messing. |
| 8/31/2017 | 0.8 | Begin to review email to comply with AG's request. |
| 9/1/2017 | 0.1 | Emails about scheduling deposition and transportation. |
| **Total** | 2.1 | |

**Detail for Invoice Number 1867, dated 11/20/2017:**
**Work done in connection with Riley vs. Massachusetts Department of State Police;**
**Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 9/5/2017 | 0.1 | Look quickly at Defendant's Second Supplemental Response to Interrogatory #2, sent to me by Ms. Messing |
| 9/8/2017 | 1.0 | Review AG's revised chart, 9/1/17 |
| 9/14/2017 | 2.0 | Redo analyses in my 7/26/17 report. Write email to attorney Messing about her questions concerning changes in AG's 9/1/2017 chart and Footnote 2. |
| 10/30/2017 | 3.5 | Redo analyses from expert report using new data in 10/17/17 Third Response. Send summary of analysis to attorney Messing. |
| 11/1/2017 | 2.5 | Reread report to find places to revise. Revise report to reflect 10/17/17 Third Response. Send revised report to attorney Messing. Reproof. |
| **Total** | **9.1** | |

**Detail for Invoice Number 1881, dated 10/16/2018:**
**Work done in connection with Riley vs. Massachusetts Department of State Police;**
**Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 06/06/2018 | 0.1 | Emails with Ms. Messing. |
| 09/12/2018 | 1.5 | Prep for 45 min tele w Ellen in anticipation of my depo on 9/27/2018. Think about content of tele call. |
| 09/16/2018 | 0.5 | Think of ways to rebut AG's critique of my report. |
| 09/17/2018 | 0.5 | Think of ways to rebut AG's critique of my report. |
| 09/18/2018 | 3.0 | Two teles with Ms. Messing in prep for depo. |
| 09/20/2018 | 0.25 | Emails with Atty. Messing. |
| 09/21/2018 | 3.0 | Tele with Attorney Messing (2 hours). Research possible errors in my report. |
| 09/22/2018 | 1.0 | Begin to compile information requested by AG. Number 1 on list of 9. |
| 09/23/2018 | 3.0 | Complete the compilation of information/files requested by AG. |
| 09/23/2018 | 0.5 | Update response to AG request for documents based on file received today from Atty Messing. |
| 09/23/2018 | 1.0 | Think of questions the AG might ask about my report. |
| 09/23/2018 | 1.0 | Tele with Attorney Messing in prep for depo |
| 09/25/2018 | 1.0 | Review conversations w Atty Messing in prep for depo. Tele w Atty Messing. Think about questions AG may ask me. |
| **Total** | **16.35** | |

**Detail for Invoice Number 1880, dated 10/29/2018:**
**Work done in connection with being deposed for Riley vs. Massachusetts Department of State Police; Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 8/23/2018 | 0.5 | Reread depos of Christiansen, McGinn, andButler. |
| 9/16/2018 | 2.0 | Reread my report. |
| 9/17/2018 | 4.5 | Review CA POST BI Manual and find academic citations on subjective/unstructured evaluations. |
| 9/20/2018 | 2.0 | Reread Major Butler's testimony at 2014 investigation by Det Lt Pecevich. |
| 9/23/2018 | 1.5 | Reread Riley BI Self Report and first and second Lima reports. Reread Riley letter of 9/1/2013. |
| 9/23/2018 | 3.5 | Review credit reports, other background materials, personal history statement, and Lima reports for JH and Riley and look briefly at other candidates' BI forms and Trooper Lima's reports for them. |
| 9/26/2018 | 1.0 | Check for possible air travel delays due to weather. Reread my report. |
| 9/26/2018 | 7.50 | Travel time for depo in Boston. Depart home at 6:30 am. Arrive at depo at 10 am. Depart depo at 5:30 pm. Arrive home 9:30 pm. (Travel billed at 1/2 usual rate.) |
| 9/26/2018 | 6.75 | Deposition: Start 10 am, end 5:30 pm, with 45 min lunch break. |
| **Total** | **29.25** | |

**Detail for Invoice Number 1891, dated 12/13/2018:**
**Work done in connection with Riley vs. Massachusetts Department of State Police;**
**Docket No.: 1:15-CV-14137-DJC**

| Date | Time Spent in Hrs | Activity |
|---|---|---|
| 11/6/2018 | 0.25 | Emails with Ms. Messing. |
| 11/8/2018 | 0.3 | Comment on draft response to motion to exclude my testimony. |
| 11/11/2018 | 0.5 | Begin to proof and reflect on the transcript of my depo. |
| 11/15/2018 | 1.0 | Continue to proof and reflect on the transcript of my deposition. |
| 11/16/2018 | 2.0 | Finish proofing and reflecting on the transcript of my depo and send errata sheet to attorneys. |
| 11/17/2018 | 0.20 | Email with Ms. Messing on errata to my depo transcript. |
| 11/20/2018 | 1.4 | Review attorney's comments on my corrections to my depo transcript (.1 hr). Tele w attorney Messing about courtoom testimony (1.3 hr). |
| 11/21/2018 | 3.5 | Review attorney's version of errata sheet for my depo and tele w attorney about same (.25). Update Table C1 of my report (.75). Tele w attorney about courtoom testimony (2.5). |
| 11/23/2018 | 0.25 | Reconfirm statistical analysis in Table 2 of my report and redo the analysis including Hispanics. |
| 12/4/2018 | 0.75 | Review and recalculate statistical tests based on JTH being Asian, not white. |
| 12/8/2018 | 3.0 | Tele w Messing about courtoom testimony. |
| 12/9/2018 | 2.25 | Tele w Messing about courtoom testimony. |
| 12/9/2018 | 1.0 | Read Flynn transcript received 12/7/2018, prep for trial. |
| 12/10/2018 | 4.5 | Travel time (Left home 4:45 am, arrived at courtroom 9 am; left courtroom at 2:45 pm, arrived home 7:30 pm - for a total of 9 hours, billed at 1/2 rate) |
| 12/10/2018 | 5.75 | Testify and prep during lunch time (9 am to 2:45) |
| **Total** | **26.6** | |