# ATTACHMENT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO O. RILEY, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS DEPARTMENT )<br>OF STATE POLICE, )<br>    Defendant ) | Civil Action No.: 1:15-CV-14137-DJC |

## AFFIDAVIT OF JODY L. NEWMAN

I, Jody L. Newman, hereby depose and say:

1. I am a member of the Bar of the Supreme Judicial Court of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.

2. I have been practicing law since 1983, currently as a partner in Hogan Lovells LLP's Boston office, which in 2017, combined with my then-litigation firm Collora LLP (formerly known as Dwyer & Collora; Dwyer, Collora & Gertner; and Dwyer and Murray). I have been a partner at Collora LLP since 1993 and from 2007-2012, I was a managing partner of the firm.

3. The focus of my practice is on the litigation of employment cases, primarily for plaintiffs. I have conducted jury and non-jury trials in state and federal courts and before government agencies. I am a frequent speaker and writer on employment litigation issues before such forums as Massachusetts Continuing Legal Education, the Boston and Massachusetts Bar Associations, and Suffolk University Law School. I also serve as a professional mediator and am

professional experience is set forth in detail in the biography attached.

4. I am generally familiar with billing rates for litigators handling employment related disputes in Greater Boston and I have surveyed billing rates in similar firms.

5. I am well acquainted with Attorney James S. Weliky and his firm of Messing, Rudavsky & Weliky, P.C. Both Attorney Weliky and his firm are highly regarded in the employment bar as skilled and dedicated advocates for employees in litigation. I regard Messing, Rudavsky & Weliky, P.C. as among the very top in their field in Massachusetts.

6. In my experience, attorneys at my predecessor firm, and at comparably sized firms in Greater Boston, charge in the range of approximately $450.00 to $550.00 per hour for attorneys with Mr. Weliky's experience. My current Hogan Lovells transition rate is $650.00 per hour. I consider the rate of $525.00 per hour Attorney Weliky proposes for this case to be more than reasonable and consistent with the fair market value for the types of services which someone at his level of experience and expertise has rendered in this case.

Signed under the penalties of perjury this 6th day of May, 2019.

Jody L. Newman, Esq.
BBO No. 542264
Hogan Lovells LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1000
email: jody.newman@hoganlovells.com



# Jody L. Newman
Partner
Boston



## Biography

Jody Newman helps clients solve employment disputes. She is also an experienced workplace trainer, having developed and conducted individualized employment law and professionalism trainings for businesses large and small.

Jody has represented clients in a wide variety of disputes, including employment-related contract, tort, discrimination cases, and business litigation. Jody has extensive experience in civil litigation before state and federal courts and government agency forums. She has conducted jury and non-jury trials and appeals, and is also skilled in various forms of alternative dispute resolution, including mediation and collaborative law. She is a tenacious and passionate advocate for her clients.

Her background as plaintiff's counsel provides a valuable perspective to employment defense work. Jody brings this unique vantage to her effective legal strategies for resolving employment disputes. This viewpoint helps her bridge the gap between corporate views and a plaintiff's perspective, resulting in agreeable solutions.

Beyond litigation, Jody is skilled at investigating high-risk claims in the workplace and on college campuses, with an emphasis in sexual harassment and sexual misconduct cases.

**Phone**
+1 617 371 1006

**Fax**
+1 617 371 1037

**Email**
jody.newman@hoganlovells.com

## Practices
Litigation

Employment

Commercial Litigation

## Industries
Life Sciences and Health Care

Education

## Education and admissions

### Education
J.D., Suffolk University Law School, cum laude, 1983

University of Delaware, cum

Jody is also skilled in a neutral role. She is a Massachusetts certified mediator who has conducted many successful mediations. She is also a trained arbitrator and a member of the American Arbitration Association's Employment Law Panel. She also trains workforces to avoid discrimination.

Jody began her career more than 35 years ago with Collora LLP, now Hogan Lovells' Boston office, serving as Managing Partner from 2007 to 2012. She also serves on the boards of the Lawyers for Civil Rights, the Women's Bar Association, and Massachusetts Appleseed Center for Law and Justice, devoting significant time to those nonprofit endeavors.

## Awards and rankings

- Employment Litigation, *Super Lawyers*, 2004-2018
- Employment Litigation: Plaintiff, *New England Super Lawyers*, 2009-2017
- Top 50 Women, *New England Super Lawyers*, 2009-2017
- Labor and Employment Law, *New England Best Lawyers*, 2016-2018
- Labor & Employment: Mainly Plaintiffs Representation (Massachusetts), *Chambers USA*, 2012-2019

## Latest thinking and events

Blogs
Hogan Lovells Employment Blog: All in a Day's Work
*Employment*
16 April 2019

laude, 1980

## Memberships

Lawyers for Civil Rights, Board of Directors Member

American Arbitration Association, Roster of Employment Law Arbitrators

Women's Bar Association of Massachusetts, Board of Directors Member

Massachusetts Appleseed Center for Law and Justice, Inc., Board of Directors Member

Greater Boston Chamber of Commerce, Women's Network Advisory Board

## Bar admissions and qualifications

Massachusetts

## Court admissions

U.S. District Court, District of Massachusetts

U.S. Court of Appeals, First Circuit