UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORLANDO O. RILEY,  )<br>　　　　Plaintiff　　　　) | Civil Action No.: 1:15-CV-14137-DJC |
| 　　　　　　　　　　　　) | |
| v.　　　　　　　　　　) | |
| 　　　　　　　　　　　　) | |
| MASSACHUSETTS DEPARTMENT ) <br> OF STATE POLICE,　　　) <br>　　　　Defendant　　　) | |

### AFFIDAVIT OF GAVRIELA M. BOGIN-FARBER IN SUPPORT OF
### RILEY'S PETITION FOR ATTORNEY'S FEES

I, Gavriela M. Bogin-Farber, hereby depose and state as follows:

1. I am an attorney in private practice in Massachusetts. I am a litigation associate at the firm of Messing, Rudavsky & Weliky, P.C., which concentrates its practice in the representation of employees in employment matters. This affidavit is submitted in support of Riley's Motion for Attorneys' Fees and Costs ("Motion").

2. I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 2012, and of the bar of the United States District Court of the District of Massachusetts since 2016.

3. As detailed in my resume (attached hereto as Attachment 1), I have been engaged in the practice of law since 2012. For my first year, I practiced at the non-profit Health Law Advocates, Inc., where I represented low-income consumers in health coverage disputes and medical debt negotiations. Since 2013, I have practiced at Messing, Rudavsky & Weliky, P.C., focusing on employment-related litigation on behalf of employees, with a particular focus on employment termination and discrimination matters, including litigation in federal and state courts and agencies. I am a graduate of The Johns Hopkins University (B.A. 2005) and Northeastern University School of

Law (J.D. 2012).

4. I am in my second term as elected Vice President of the Massachusetts Employment Lawyers Association Inc. ("MELA"). MELA, a bar association in Massachusetts of approximately 150 lawyers who focus on representing employees in employment, labor, employee benefits, and civil rights disputes, is one of over 69 affiliates of the National Employment Lawyers Association ("NELA"). MELA participates in a variety of public advocacy efforts as part of its mission, including filing amicus curiae briefs in state and federal courts; taking public positions on current legal issues; participating in agency rulemaking proceedings; and advocating on other policy matters before relevant governmental agencies. Before my election as an officer, I have served on MELA's Executive Board as co-chair of its Program Committee and have an active member since joining MELA. I previously served as a member of the Massachusetts Bar Association's Health Law Section Council, and am currently a member of the Massachusetts Bar Association's Employment and Labor Section, NELA, the Boston Bar Association, and the Women's Bar Association.

5. I am viewed by other attorneys as possessing expertise in the areas of employment law and litigation. I receive case referrals from attorneys in Greater Boston, as well as requests for advice regarding the handling of employment cases from local attorneys.

6. I have published articles on the topics of employment law and others, including co-authoring a chapter in the Massachusetts Continuing Legal Education ("MCLE") publication Massachusetts Employment Law. I have been identified as a "Rising Star" by Super Lawyers Magazine every year since 2016.

7. In this case, I conducted legal research and analysis on myriad topics at every stage of the litigation (including discovery, summary judgment, pre-trial, and trial); interviewed fact witnesses; reviewed and analyzed discovery responses and document productions; summarized deposition transcripts; assisted with the drafting of discovery motions and supporting memoranda;

researched and drafted jury instructions; drafted and assisted with drafting pre-trial and post-trial motions and memoranda; and issued trial subpoenas.

8.      From January 2016 to the present, the firm's standard hourly rate for my time has been $355.00 per hour for clients who are able to pay that rate.

9.      I believe that the rate of $350.00 per hour represents the fair market value for the services of an attorney of my experience and ability in the Boston market, as confirmed by the attached affidavits of David Belfort of Bennett & Belfort P.C. and Andrea L. Haas of the Law Office of Joseph L. Sulman, Esq. (both attached hereto as Attachment 2), and by surveys by Massachusetts Lawyers Weekly for 2016-2019 (showing range of associate rates in Boston firms equal to or exceeding those sought here), attached as Attachment 3 to the Affidavit of Ellen J. Messing in Support of Riley's Petition for Attorneys' Fees.

Signed under the penalties of perjury this 1st day of July, 2019.

/s/Gavriela M. Bogin-Farber
Gavriela M. Bogin-Farber