# ATTACHMENT 1

**GAVRIELA M. BOGIN-FARBER**
Messing, Rudavsky & Weliky, P.C.
One Gateway Center, 300 Washington St, Suite 308
Newton, MA 02458
(617) 742-0004
gbogin-farber@mrwemploymentlaw.com

---

## EDUCATION

**NORTHEASTERN UNIVERSITY SCHOOL OF LAW**
Juris Doctor, 2012

Full-time legal internships at: American Civil Liberties Union of Massachusetts; Law Offices of Howard Friedman, PC; Greater Boston Legal Services: Family Law Unit, Suffolk Probate Project; Massachusetts Attorney General's Office: Civil Rights Division

**JOHNS HOPKINS UNIVERSITY**
B.A. in Public Health Studies, 2005

## PROFESSIONAL EMPLOYMENT

**Messing, Rudavsky & Weliky, P.C.**
August 2013 – present

Associate in law firm. Practice focuses on labor and employment law, including discrimination.

**Health Law Advocates, Inc.**
2012-2013

Staff attorney, Parmet Fellow, and Mental Health Guardian *ad Litem* in public interest law firm. Practice focused on health law for low-income consumers.

**Medical-Legal Partnership | Boston**
2005-2009

Community health center liaison and family law paralegal in nonprofit law office. Practice focused on legal advocacy for family law, education, public benefits, immigration, and housing issues.

## BAR ADMISSIONS

Massachusetts: 2012

Federal District Court, District of Massachusetts: 2016

## PROFESSIONAL ACTIVITIES & RECOGNITIONS

Vice President, Massachusetts Employment Lawyers Association, 2018 – present; Program Committee Co-Chair, 2016 – 2018; Member, 2013 – present

Member, Boston Bar Association, 2013 – present

Massachusetts Bar Association, Health Law Section Council, 2013 – 2014; Member, 2013 – present

Member, National Employment Lawyers Association, 2014 – present

Member, Women's Bar Association, 2018 – present

Selected as Rising Star, 2016, 2017 and 2018 by *Massachusetts Super Lawyers – Rising Stars Edition*

## PUBLICATIONS

"Gender Discrimination," with Bográn-Acosta, A., Musiker, J.A., Rudavsky, D.C., & Weliky, J.S., in Massachusetts Employment Law, Massachusetts Continuing Legal Education, 7–i (4th Ed., 2017 Supplement)

Note, Birth Certificate Challenges for Children of Immigrants: Unintended Consequences of Anti-Immigrant Restrictionism, 16 Harv. Latino L. Rev. 169 (Spring 2013).

"Corrective Justice for American Indians" (August 10, 2011) (unpublished paper prepared for Brandeis University symposium Just Performance: Enacting Justice in the Wake of Violence, December 1-2, 2011).

"Disparities in Health, Disparities in Law: The Global Potential of Individual Advocacy," with Lawton, E. and Riseberg, R. et al, in Health Capital and Sustainable Socioeconomic Development, 419 (Patricia A. Cholewka and Mitra M. Motlagh, 2008).

## INVITED PRESENTATIONS

Massachusetts Continuing Legal Education
Moderator, "The MCAD: Tips to Better Your Practice, and Interactive Question & Answer Session," 21st Annual Employment Law Conference (December 2018)

Northeastern University School of Law
Panelist, "ABA / NUSL Labor & Employment Panel" (October 2018)

Massachusetts Bar Association
Co-Chair, "Meet the Commissioners of the MCAD" Roundtable (November 2017)
Employee Rights Training, Boston Public Library (November 2017)

Gavriela M. Bogin-Farber
Page 3

<u>Boston Bar Association</u>
Panelist, "Practicing with Professionalism" course for new lawyers (February 2016)

<u>Greater Boston Legal Services</u>
"Know Your Rights" Training: Employment Discrimination (October 2014)

## **LANGUAGE SKILLS**

Portuguese, Spanish:  professional working proficiency (ILR scale)