# ATTACHMENT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO O. RILEY,<br>          Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE,<br>          Defendant | Civil Action No.: 1:15-CV-14137-DJC |

**DECLARATION OF DAVID E. BELFORT
IN SUPPORT OF PETITION FOR ATTORNEYS' FEES AND COSTS**

I, David E. Belfort, do hereby declare as follows:

1. I am an attorney in good standing and licensed to practice in the Commonwealth of Massachusetts. I am a managing partner and founder of the firm of Bennett & Belfort, P.C. a successor firm to Corrigan, Bennett & Belfort, P.C., which I co-founded in 2003.

2. I graduated from Hobart College with honors in 1992 and from University of New Hampshire School of Law (f/k/a Franklin Pierce Law Center) in 1996. I was admitted to the Massachusetts bar in 1996 and to the United States District Court for the District of Massachusetts in 1997. I remain a member in good standing in all courts and jurisdictions and have never been sanctioned by a court or other tribunal.

3. I devote the majority of my practice to employment law and litigation with an emphasis on discrimination, harassment and retaliation. I have represented both plaintiffs and defendants in employment litigation. I have handled numerous individual and institutional client matters before both judicial and administrative tribunals, including state and federal courts, the Massachusetts Commission Against Discrimination (MCAD), the U.S. Equal Employment

Opportunity Commission, and the Massachusetts Department of Labor and Workplace Development.

4. I handle matters in all areas of employment discrimination including those based on race, color, religion, national origin, sex, gender, age, handicap, disability, retaliation, sexual harassment and sexual orientation. My employment practice has also included handling cases involving Family Medical Leave, whistleblower claims, retaliation claims, privacy claims and unemployment matters.

5. I was twice elected President of the Massachusetts Employment Lawyers Association (MELA), an organization dedicated to employee-side representation and advocating for workers in Massachusetts. I am an active member of the Massachusetts Bar Association and co-chaired the MBA's Labor and Employment Section Council for two years. While on the MBA Labor and Employment Section Council, I also served on the MCAD committee to propose reforms to the Massachusetts Maternity Leave Act (MMLA) (Now Parental Leave) in light of the *Goodrich* same sex marriage decision.

6. I am rated AV Preeminent ®, the highest available peer-based ranking afforded by Martindale-Hubbell. Based on peer recognition, ethical standards and achievement in the field of employment litigation, I have been named a Massachusetts and/or New England "Super Lawyer" spanning 2006 through 2019. From 2014 to 2019 I received distinction as a Massachusetts "Top 100 Super Lawyer." In 2016 through 2019, I was honored as a New England "Best Lawyer" in the field of Labor and Employment.

7. I was co-trial counsel and assisted in the appeal of *Haddad v. Wal-Mart Stores, Inc.* 455 Mass 91 (2009), wherein the Supreme Judicial Court (SJC) affirmed a $2,000,000 Berkshire county jury verdict based on gender discrimination and pay bias under M.G.L. 151B. The *Haddad*

2

case remains an important precedent-setting decision that clarifies the legal standard for punitive and front pay damages.

8. I was also co-trial counsel for *DaPrato v. Mass. Water Resources Authority*, Suffolk Superior Court, Docket No. 2015-3687-D (Jan. 2018), in which the jury awarded my client a $1.24 million verdict based on FMLA retaliation and retaliation for seeking reasonable accommodation. In that case, Judge Wilkins awarded me fees at the rate of $475 per hour based on my experience and evidence of market rates in the Boston Area.

9. I was appointed and served from 2016-2018 on the Joint Bar Committee on Judicial Appointments, a committee that participates in the judicial nominating process by reviewing, evaluating, voting and reporting on the qualifications of individuals under consideration for all judicial appointments, including clerk-magistrates, to all Commonwealth courts.

10. I am a frequent volunteer speaker and author on recent developments in employment law and have been quoted and published in various general circulation articles and law journals. A comprehensive list of my speaking engagements and articles I authored or was quoted in are listed in my online law firm biography. See http://www.bennettandbelfort.com/wwa_david.html.

11. Attorney Bogin-Farber (admitted 2012) is a well respected employment attorney in Massachusetts, who has been practicing exclusively plaintiffs' employment law for nearly six years. She is a high quality analytic thinker and a strong advocate. It is my opinion that Attorney Bogin-Farber possesses the background, experience and qualifications that justify the $350 hourly rate that I understand her to be seeking in this case.

12. I am familiar with the billing rates of seasoned Boston area employment attorneys. Based on my experience and knowledge of the rates charged and the rates approved by courts in

3

employment cases and Attorney Bogin-Farber's experience, I believe that a rate of $350 per hour for her services is eminently reasonable, if not modest, for her level of experience and expertise.

13. Due to my work as plaintiff-side employment attorney and my association with MELA, I am familiar with the law firm of Messing, Rudavsky & Weliky, P.C., and specifically with Attorney Bogin-Farber, who possesses considerable employment law experience and has been mentored and trained well by the firm's partners, who are preeminent in this field. I have known Attorney Bogin-Farber professionally since 2013 in various capacities, including serving together on the Executive Board of MELA and discussing case strategy. I know that employment law cases are complex, and that it is a considerable benefit to a plaintiff seeking to pursue such claims to retain a lawyer with substantial expertise in the area.

14. I have been in practice for about 23 years. I have been awarded fees with reference to lodestar rates of $475 per hour.

15. I have no financial interest in the outcome of this litigation.

16. I have not been paid or otherwise compensated for my time to draft this declaration.

**Signed under the penalties of perjury this** \_\_3rd\_\_ **day of May 2019.**

_____
David E. Belfort, Esq.

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORLANDO O. RILEY,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE,<br>    Defendant | )<br>)<br>)   Civil Action No.: 1:15-CV-14137-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF ANDREA L. HAAS

I, Andrea L. Haas, hereby depose and say:

1. I am a member in good standing of the Bar of the Supreme Judicial Court of Massachusetts and the United States District Court for the District of Massachusetts.

2. I received my undergraduate degree from Villanova University and a Master's degree from Tufts University. I graduated *cum laude* from Suffolk University Law School.

3. I have been practicing law since 2009 at employment litigation firms: for seven years at the Law Offices of Paul Merry and for three years at the Law Office of Joseph L. Sulman. I began my legal career with a year-long internship in the legal department of the Massachusetts Commission Against Discrimination (MCAD).

4. The focus of my practice is on the litigation of employment cases, exclusively for plaintiffs. I have represented public and private sector employees through trial in state and federal court as well as before the MCAD and the Department of Unemployment Assistance.

5. I also serve on the Arlington Equal Opportunity Advisory Committee.

6. I am well-acquainted with Attorney Gavriela M. Bogin-Farber and her firm of Messing,

Rudavsky & Weliky, P.C. I have known Attorney Bogin-Farber professionally since 2013. Since then, we have collaborated in regular case strategy meetings and have kept in touch through bar association events and continuing legal education. Both Attorney Bogin-Farber and her firm are highly regarded in the employment bar as skilled and dedicated advocates for employees in litigation. Employment law cases are complex, and it is a significant benefit to a plaintiff to retain a lawyer with the substantial expertise of Attorney Bogin-Farber and Messing, Rudavsky & Weliky, P.C.

7. I am familiar with the billing rates of Boston area employment attorneys. I consider the rate of $350.00 per hour Attorney Bogin-Farber proposes for this case to be more than reasonable and consistent with the fair market value for the types of services which someone at her level of experience and expertise has rendered in this case.

8. I have no financial interest in the outcome of this litigation.

9. I have not been paid or otherwise compensated for my time to draft this declaration.

Signed under the penalties of perjury this 3rd day of May, 2019.

*Andrea Haas*
Andrea L. Haas, Esq.
BBO No. 671844
Law Office of Joseph L. Sulman, Esq.
391 Totten Pond Rd, Suite 402
Waltham, Massachusetts 02451
Tel: (617) 521-8600
Email: ahaas@sulmanlaw.com

2