UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO RILEY<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS STATE POLICE<br><br>　　　　Defendant. | C.A. 1:15-cv-14137-DJC |

**JOINT STATUS REPORT**

Plaintiff Orlando Riley ("Plaintiff") and Defendant Massachusetts State Police ("MSP") hereby jointly submit this status update pursuant to this Court's July 24, 2019 Order. *See* Dkt. No. 282. The Parties have been able to narrow their disputes over implementation of this Court's June 3, 2019 Judgment, and believe a few additional days of discussions would be worthwhile to determine whether they can further bridge these differences. The Parties therefore respectfully request that they be given through Friday, August 2, 2019 to file a more substantive joint status update.

Respectfully submitted,

MASSACHUSETTS STATE POLICE
By its attorney,

MAURA HEALEY
ATTORNEY GENERAL,

/s/ Nicholas Rose
Nicholas Rose, BBO NO. 670421
Dennis N. D'Angelo, BBO No. 666864
Assistant Attorneys General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200,
nicholas.rose@massmail.state.ma.us
dennis.dangelo@massmail.state.ma.us

Date:  July 31, 2019

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendant have, this day, July 31, 2019, conferred regarding the relief sought in this motion, and the parties both agree to this motion.

The undersigned further certifies that I have this day, July 31, 2019, served the foregoing **document** upon the attorney of record for all parties by filing it through the ECF system.

/s/ Nicholas Rose
Nicholas Rose