UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO RILEY<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS STATE POLICE<br><br>　　　　　Defendant. | C.A. 1:15-cv-14137-DJC |

## NOTICE OF DAMAGES AWARD

Plaintiff Orlando Riley ("Plaintiff") and Defendant Massachusetts State Police ("MSP") hereby jointly give notice that, pursuant to Paragraphs 1 to 3 of the Court's Revised Amended Judgement of June 3, 2019 (the "Amended Judgment"), the parties have conferred and agreed to an amount of approximately One Hundred Thirty Seven Thousand and Ten Dollars ($137,010.00) to be paid by the defendant in satisfaction of Paragraphs 1 through 3 of the Amended Judgment. The exact final amount will depend upon the interest accrued as of the date of payment, and the Parties have conferred and agreed upon the methodology to be used with respect to that calculation.

        Respectfully submitted,

        PLAINTIFF

        ORLANDO RILEY

        By his attorney,

        /s/ James S. Weliky
        Ellen J. Messing, BBO No. 343960
        James S. Weliky, BBO No. 631066
        Messing, Rudavsky & Weliky, P.C.
        One Gateway Center
        300 Washington Street, Suite 308
        Newton, MA 02458
        (617) 742-0004
        emessing@mrwemploymentlaw.com
        jweliky@mrwemploymentlaw.com


        MASSACHUSETTS STATE POLICE
        By its attorney,

        MAURA HEALEY
        ATTORNEY GENERAL,

        /s/ Dennis N. D'Angelo
        Nicholas Rose, BBO NO. 670421
        Dennis N. D'Angelo, BBO No. 666864
        Assistant Attorneys General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA  02108
        (617) 727-2200,
        nicholas.rose@massmail.state.ma.us
        dennis.dangelo@massmail.state.ma.us

Date:  November 20, 2019

## **CERTIFICATE OF SERVICE**

The undersigned further certifies that I have this day, November 20, 2019, served the foregoing **document** upon the attorney of record for all parties by filing it through the ECF system.

/s/ Dennis N. D'Angelo