UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ORLANDO O. RILEY,<br>   Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE,<br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:15-CV-14137-DJC |

## STIPULATION OF FINAL JUDGMENT

After trial and entry of the Revised Amended Judgment (Doc. 267) and after entry of this Court's orders on Plaintiff Orlando Riley's motion and supplemental motion for attorneys' fees and costs (Docs. 296, 306) the parties hereby stipulate as follows:

1. Final Judgment in the form described in the Revised Amended Judgment (Doc. 267) shall enter for the plaintiff on his complaint for discrimination under 42 U.S.C. §2000e <u>et seq</u>.  In addition to the damages amount set forth in the June 3, 2019 Revised Amended Judgment  (Doc. 267), which the Parties hereby acknowledge have been satisfied in full, defendant shall pay plaintiff his attorneys' fees and costs in the amount of $1,084,621.78.  To this sum, defendant shall pay plaintiff interest at the federal rate of interest per annum referenced in 28 U.S.C. §1961 for the period from June 3, 2019 through the date of entry of this Stipulation of Final Judgment, for a total approximate amount (reflecting fees, costs, and interest) of $1,110,841.70.

2. To the sum set forth in paragraph 1, which reflects fees, costs, and interest, defendant shall pay plaintiff interest at the federal rate of interest per annum referenced in 28

U.S.C. §1961 for the period from the day after the date of entry of this Stipulation of Final Judgment to the date of payment by defendant of the amount set forth above.

SO ORDERED,

By the Court,

*Denise J. Casper*
Denise J. Casper
Judge, U.S. District Court, District of Massachusetts

DATE: July 7, 2020